S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
JOHN M. ORR
Nevada Bar No. 14251
John.Orr@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Wellpath LLC f/k/a
Correct Care Solutions, LLC erroneously sued as
Wellpath Care fka Correct Care Solutions*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| MARIAM BLUE, individually, and as Special Administrator for the Estate of STEPHEN BURRELL; LISA L. CARROLL on behalf of her wards SMB, and SFB, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LAS VEGAS, a political subdivision of the State of Nevada; MICHELE FREEMAN, Former Chief of City of Las Vegas Department of Public Safety, in her official and individual capacities, ROBERT STRAUBE, Deputy Chief of Detention Services for City of Las Vegas Department of Public Safety, LIEUTENANT SHARON MEADS, LIEUTENANT CESAR LANDROVE, LIEUTENANT VENUS THOMPSON, LIEUTENANT DANIELLE DAVIS, in their official and individual capacities, WELLPATH CARE, F/K/A CORRECT CARE SOLUTIONS, individually; OFFICER DORADO, individually; OFFICER D. CHAPARRO, individually; OFFICER M. WASHINGTON, individually; OFFICER M. WASHINGTON, individually; SG. M. PARKER, individually; SGT. C. SMITH, individually; SGT. WEDIG, individually; SHAWN MAPLETON, individually; MICHAEL POPOV, individually; VIRGILIO PADILLA, individually; FRANCES BODDIE-SMALL, individually; EBONYMICHELLE D. | Case No. 2:21-cv-00372 <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

4822-6190-5377.1                                                                                                   Case No. 2:21-cv-00372

GARNER, individually; PSYCH RN DEE, individually; REGINA ELIZONDO, individually, and DOES 1-35, inclusive all of whom are sued in their individual capacities, ,

Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, MARIAM BLUE, individually, and as Special Administrator for the Estate of STEPHEN BURRELL; LISA L. CARROLL on behalf of her wards SMB, and SFB ("Plaintiffs"), and Defendant, WELLPATH F/K/A CORRECT CARE SOLUTIONS ("Defendant"), by and through their respective counsel of record, that the time to respond to Plaintiffs' Complaint by Defendant is extended to April 29, 2021.

IT IS SO STIPULATED:

Dated this 19th day of March, 2021

LEWIS BRISBOIS BISGAARD & SMITH

By:  /s/ John M. Orr
S. Brent Vogel, Esq.
Nevada Bar No. 6858
John M. Orr
Nevada Bar No. 14251
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Wellpath LLC f/k/a Correct Care Solutions, LLC erroneously sued as Wellpath Care fka Correct Care Solutions*

Dated this 19th day of March, 2021

LAW OFFICES OF PETER GOLDSTEIN

By:  /s/ Peter Goldstein
Peter Goldstein, Esq.
Nevada Bar No. 6992
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2021

_____
U.S. DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2021, a true and correct copy of **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

| |
|---|
| Peter Goldstein, Esq.<br>LAW OFFICES OF PETER GOLDSTEIN<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Tel: (702) 474-6400<br>Fax: (800) 400-8799<br>peter@petergoldsteinlaw.com<br>*Attorney for Plaintiffs* |

By  /s/ *Roya Rokni*
    An Employee of
    LEWIS BRISBOIS BISGAARD & SMITH LLP