Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:   (702) 474-6400
Facsimile:    (888) 400-8799

*Attorney for Plaintiffs*
*MARIAM BLUE, as Special Administrator of the Estate of STEPHEN BURRELL; LISA L. CARROLL on behalf of her wards SMB, and SFB, individually*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| MARIAM BLUE, individually, and as Special Administrator of the Estate of STEPHEN BURRELL; LISA L. CARROLL on behalf of her wards SMB, and SFB, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada; MICHELE FREEMAN, Former Chief of City of Las Vegas Department of Public Safety, in her official and individual capacities, ROBERT STRAUBE, Deputy Chief of Detention Services for City of Las Vegas Department of Public Safety, LIEUTENANT SHARON MEADS, LIEUTENANT CESAR LANDROVE, LIEUTENANT VENUS THOMPSON, LIEUTENANT DANIELLE DAVIS, in their official and individual capacities, WELLPATH CARE, F/K/A CORRECT CARE SOLUTIONS, individually; OFFICER DORADO, individually; OFFICER D. CHAPARRO, individually; OFFICER M. WASHINGTON, individually; SGT. M. PARKER, individually; SGT. C. SMITH, individually; SGT. WEDIG, individually; SHAWN MAPLETON, individually; MICHAEL POPOV, individually; VIRGILIO PADILLA, individually; FRANCES BODDIE-SMALL, individually; EBONYMICHELLE D. GARNER, individually; PSYCH RN DEE, individually; REGINA ELIZONDO, individually, and DOES 1-34, inclusive all of whom are sue in their individual capacities,<br><br>Defendants. | Case No. 2-21-cv-00372-RFB-DJA<br><br>**STIPULATION RE: CONSENT TO ELECTRONIC SERVICE; [PROPOSED] ORDER** |

1

Plaintiffs, MARIAM BLUE, individually, and as Special Administrator of the Estate of STEPHEN BURRELL; LISA L. CARROLL on behalf of her wards SMB, and SFB, individually, (collectively hereinafter "Plaintiffs"), Defendants City of Las Vegas, Michele Freeman, Robert Straube, Lieutenant Sharon Meads, Lieutenant Cesar Landrove, Lieutenant Venus Thompson, Lieutenant Danielle Davis, Officer Ricard Dorado, Officer D'angelo Chaparro-Wilson, Officer Maurice Washington, Sergeant Marcos Parker, Sergeant Charles Smith and Sergeant John Wedig (collectively hereinafter "City Defendants") and Defendants Wellpath, Ebony-Michelle Garner, Shawn Mapleton, M.D., Regina Elizondo, Francis Boddie-Small, Virgilio Padilla and Vicky Morgan (collectively hereinafter "Wellpath Defendants") (Plaintiffs, City Defendants and Wellpath Defendants are collectively hereinafter the "PARTIES"), by and through their counsel of record, hereby stipulate and agree as follows:

1. The PARTIES consent to electronic service of all documents in the above-referenced action pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

DATED this 9th day of June, 2021

| BRYAN K. SCOTT, CITY ATTORNEY | PETER GOLDSTEIN LAW CORP |
|---|---|
| By: /s/ Jeffrey L. Galliher<br>Jeffrey L. Galliher (SBN 8078)<br>495 South Main Street, 6th Floor<br>Las Vegas, NV 89101<br>*Attorneys for City Defendants* | By: /s/ Peter Goldstein<br>Peter Goldstein (SBN 6992)<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>*Attorneys for Plaintiffs* |

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: /s/ John M. Orr
    John M. Orr (SBN 14251)
    6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, NV 89118
    *Attorneys for Wellpath Defendants*

**IT IS SO ORDERED.**

DATED this ___ day of _____ 2021.

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I am employed in the County of Clark, State of Nevada. I am over the age of eighteen years and not a party to the within action; my business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on this 9th day of June, 2021, a true and correct copy of the following document **STIPULATION RE: CONSENT TO ELECTRONIC SERVICE; [PROPOSED] ORDER** was served by electronically filing with the Court's CM/ECF electronic filing system to the following parties:

S. Brent Vogel, Esq.
John M. Orr, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone:   (702) 893-3383
Facsimile:   (702) 893-3789
Email: Brent.Vogel@lewisbrisbois.com
       John.Orr@lewisbrisbois.com
*Attorneys for Defendants*
*Wellpath LLC f/k/a Correct Care Solutions, LLC*
*erroneously sued as Wellpath Care fka Correct Care Solutions*

Bryan K. Scott, Esq.
City Attorney
Jeffrey L. Galliher, Esq.
Deputy City Attorney
495 South Main Street, 6th Floor
Las Vegas, Nevada 89101
Telephone:   (702) 229-6629
Facsimile:   (702) 386-1749
Email: jgalliher@lasvegasnevada.gov
*Attorneys for Defendants*
*City of Las Vegas, Michele Freeman, Robert Straube,*
*Lieutenant Sharon Meads, Lieutenant Cesar Landrove,*
*Lieutenant Venus Thompson, Lieutenant Danielle Davis,*
*Officer Richard Dorado, Officer D'Angelo Chaparro-Wilson,*
*Officer Maurice Washington, Sgt. Marcos Parker,*
*Sgt. Charles Smith and Sgt. John Wedig*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: /s/ Kris Bechtell
An Employee of Peter Goldstein Law Corp

1