1  Peter Goldstein [SBN 6992]
   PETER GOLDSTEIN LAW CORP
2  peter@petergoldsteinlaw.com
   10161 Park Run Drive, Suite 150
3  Las Vegas, Nevada 89145
   Telephone:    (702) 474-6400
4  Facsimile:    (888) 400-8799

5  Attorney for Plaintiffs
   *MARIAM BLUE, individually and as Special Administrator of the*
6  *estate of STEPHEN BURRELL; LISA L. CARROLL on*
   *behalf of her wards SMB, and SFB, individually*
7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| 10  MARIAM BLUE, individually, and as Special Administrator of the Estate of STEPHEN BURRELL; LISA L. CARROLL on behalf of her wards SMB, and SFB, individually, | **Case No. 2:21-cv-00372-RFB-DJA** |
| Plaintiffs, | **STIPULATION AND ORDER FOR FILING FIRST AMENDED COMPLAINT AND AMENDING CAPTION** |
| vs. | **First Amended Complaint attached as "Exhibit A"** |
| CITY OF LAS VEGAS, a political subdivision of the State of Nevada; MICHELE FREEMAN, Former Chief of City of Las Vegas Department of Public Safety, in her official and individual capacities, ROBERT STRAUBE, Deputy Chief of Detention Services for City of Las Vegas Department of Public Safety, LIEUTENANT SHARON MEADS, LIEUTENANT CESAR LANDROVE, LIEUTENANT VENUS THOMPSON, LIEUTENANT DANIELLE DAVIS, in their official and individual capacities, WELLPATH CARE, F/K/A CORRECT CARE SOLUTIONS, individually; OFFICER DORADO, individually; OFFICER D. CHAPARRO, individually; OFFICER M. WASHINGTON, individually; SGT. M. PARKER, individually; SGT. C. SMITH, individually; SGT. WEDIG, individually; SHAWN MAPLETON, individually; MICHAEL POPOV, individually; VIRGILIO PADILLA, individually; FRANCES BODDIE-SMALL, individually; EBONYMICHELLE D. GARNER, individually; PSYCH RN DEE, individually; REGINA ELIZONDO, individually, and DOES 1-34, inclusive all of whom are sue in their individual capacities, | |
| Defendants. | |

1

1    IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Plaintiffs may file a First Amended Complaint, a copy of which is attached hereto as "Exhibit A".

2    IT IS FURTHER STIPULATED by and between the parties hereto, through their respective attorneys of record, that Plaintiffs may add and dismiss parties pursuant to Rule 15. Plaintiffs will dismiss the following Defendants: MICHELLE FREEMAN, ROBERT STRAUBE, LIEUTENANT SHARON MEADS, LIEUTENANT CESAR LANDROVE, and LIEUTENANT VENUS THOMPSON. Plaintiffs will add the following Defendants: LIEUTENANT MATTHEW TRIPLETT, SERGEANT J. SCHROYER (#797), SERGEANT L. HOLMES (#764), SERGEANT BLEDSOE, OFFICER A. ELIASON (#1082), OFFICER TRAVIS RAZ, OFFICER DAMON MILLETT, DOCTOR BENNET, DOCTOR STILL, DOCTOR JAMES TENNEY, NICOLE ASHLEY THOMSON, MICHELLE FERNANDEZ, LOVELLA A. PONGAN, and ASHLEY NICOLE PHILLIPS.

3    IT IS FURTHER STIPULATED by and between the parties hereto, through their respective attorneys of record, that Plaintiffs may amend the case caption, as amended in "Exhibit A".

4    IT IS FURTHER STIPULATED by and between the parties hereto, through their respective attorneys of record, that the remaining original Defendants (CITY OF LAS VEGAS, LIEUTENANT DANIELLE DAVIS, OFFICER RICHARD DORADO, OFFICER D'ANGELO CHAPARRO-WILSON, OFFICER MAURICE WASHINGTON, SERGEANT MARCOS PARKER, SERGEANT CHARLES SMITH, SERGEANT JOHN WEDIG, WELLPATH, LLC F/K/A CORRECT CARE SOLUTIONS, LLC, SHAWN MAPLETON, VIRGILIO PADILLA, FRANCIS BODDIE-SMALL, EBONYMICHELLE D. GARNER, DEE MORGAN, REGINA ELIZONDO, MICHAEL POPOV) waive personal service of the First Amended Complaint.

DATED this  26th  day of October 2021.

/s/ Peter Goldstein
_____
PETER GOLDSTEIN
Attorney for Plaintiffs
*MARIAM BLUE, individually and as Special Administrator of the estate of STEPHEN BURRELL; LISA L. CARROLL on behalf of her wards SMB and SFB, individually* ("Plaintiffs")

  Katherine Gordon
_____
KATHERINE GORDON
Attorney for Defendants
*WELLPATH, LLC F/K/A CORRECT CARE SOLUTIONS, LLC; SHAWN MAPLETON; VIRGILIO PADILLA; FRANCIS BODDIE-SMALL; EBONYMICHELLE D. GARNER; DEE MORGAN; REGINA ELIZONDO* ("Wellpath Defendants")

  /s/ John Curtas
_____
JOHN CURTAS
Attorney for Defendants
*CITY OF LAS VEGAS, MICHELLE FREEMAN, ROBERT STRAUBE, LIEUTENANT SHARON MEADS, LIEUTENANT CESAR LANDROVE, LIEUTENANT VENUS THOMPSON, LIEUTENANT DANIELLE DAVIS, OFFICER RICHARD DORADO, OFFICER D'ANGELO CHAPARRO-WILSON, OFFICER MAURICE WASHINGTON, SERGEANT MARCOS PARKER, SERGEANT CHARLES SMITH, SERGEANT JOHN WEDIG* ("City Defendants")

   /s/ Paul Cardinale
_____
PAUL CARDINALE
Attorney for Defendant
*MICHAEL POPOV*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE



Peter Goldstein <pglawstaff@petergoldsteinlaw.com>

---

## Fwd: stip to file FAC
3 messages

---

**Peter Goldstein** <peter@petergoldsteinlaw.com>  Tue, Oct 26, 2021 at 3:28 PM
To: Kris Bechtold <pglawstaff@petergoldsteinlaw.com>



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com


400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com


---------- Forwarded message ---------
From: **John A. Curtas** <jacurtas@lasvegasnevada.gov>
Date: Tue, Oct 26, 2021 at 3:26 PM
Subject: RE: stip to file FAC
To: Peter Goldstein <peter@petergoldsteinlaw.com>, Gordon, Katherine <Katherine.Gordon@lewisbrisbois.com>, Paul A. Cardinale <pcardinale@ltglaw.net>
Cc: Cindy Kelly <CKelly@lasvegasnevada.gov>


You may affix my signature



## John A. Curtas

Deputy City Attorney

City Attorney's Office | Civil Division

**702-229-2125 (direct) | 702-528-7454 (cell)**



# PETER GOLDSTEIN LAW CORP

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com


400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com


---------- Forwarded message ---------
From: **Paul A. Cardinale** <pcardinale@ltglaw.net>
Date: Tue, Oct 26, 2021 at 3:30 PM
Subject: RE: stip to file FAC
To: Peter Goldstein <peter@petergoldsteinlaw.com>, Gordon, Katherine <Katherine.Gordon@lewisbrisbois.com>, John A. Curtas <jacurtas@lasvegasnevada.gov>


Hi Peter:


Sorry about the delay.  Just got out of trial and have been traveling yesterday and today.   You can affix my e-signature. Obviously, I do not waive my right to file another partial motion to dismiss the Amended Complaint.


Thanks,


Paul


From: Peter Goldstein <peter@petergoldsteinlaw.com>
Sent: Tuesday, October 26, 2021 3:26 PM
To: Gordon, Katherine <Katherine.Gordon@lewisbrisbois.com>; John A. Curtas <jacurtas@lasvegasnevada.gov>; Paul A. Cardinale <pcardinale@ltglaw.net>
Subject: stip to file FAC


I just want to make sure you have reviewed and agree to the stip. I have to file the motion if I don't hear from you. Katherine and John have given me permission to file as I modified the stip per Katherine's request. I have not rec'd permission from Paul yet.

Peter

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com

400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com

---

**Peter Goldstein** <peter@petergoldsteinlaw.com>  Tue, Oct 26, 2021 at 4:12 PM
To: Kris Bechtold <pglawstaff@petergoldsteinlaw.com>



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com

400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com

---------- Forwarded message ---------
From: **Gordon, Katherine** <Katherine.Gordon@lewisbrisbois.com>
Date: Tue, Oct 26, 2021 at 3:27 PM
Subject: RE: [EXT] stip to file FAC
To: Peter Goldstein <peter@petergoldsteinlaw.com>, John A. Curtas <jacurtas@lasvegasnevada.gov>, Paul A. Cardinale <pcardinale@ltglaw.net>
Cc: Hagen, Natalie <Natalie.Hagen@lewisbrisbois.com>

Thanks for changing it, Peter.

Just to be clear, you have my permission to use my e-signature on the stip.

Katie



**Katherine J. Gordon**
Partner
Katherine.Gordon@lewisbrisbois.com

T: 702.693.4336  F: 702.893.3789

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Peter Goldstein <peter@petergoldsteinlaw.com>
**Sent:** Tuesday, October 26, 2021 3:26 PM
**To:** Gordon, Katherine <Katherine.Gordon@lewisbrisbois.com>; John A. Curtas <jacurtas@lasvegasnevada.gov>; Paul A. Cardinale <pcardinale@ltglaw.net>
**Subject:** [EXT] stip to file FAC

Caution: **This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.***

I just want to make sure you have reviewed and agree to the stip. I have to file the motion if I don't hear from you. Katherine and John have given me permission to file as I modified the stip per Katherine's request. I have not rec'd permission from Paul yet.

Peter

|_____|

**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com


400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799