1  BRYAN K. SCOTT
   City Attorney
2  Nevada Bar No. 4381
   By: JOHN A. CURTAS
3  Deputy City Attorney
   Nevada Bar No. 1841
4  495 South Main Street, Sixth Floor
   Las Vegas, NV 89101
5  (702) 229-6629
   (702) 386-1749 (fax)
6  Email: jacurtas@lasvegasnevada.gov
   Attorneys for CITY DEFENDANTS

7

8              UNITED STATES DISTRICT COURT

9                 DISTRICT OF NEVADA

10  MARIAM BLUE, individually, and as Special
    Administrator of the Estate of STEPHEN
11  BURRELL; LISA L. CARROLL on behalf of
    her wards SMB, and SFB, individually,

12                 Plaintiffs,

13
        vs.
14
    CITY OF LAS VEGAS; WELLPATH, LLC
15  F/K/A CORRECT CARE SOLUTIONS, LLC;
    LIEUTENANT DANIELLE DAVIS;
16  LIEUTENANT MATTHEW TRIPLETT;
    OFFICER RICHARD DORADO; OFFICER
17  D'ANGELO CHAPARRO-WILSON;
    OFFICER MAURICE WASHINGTON;
18  SERGEANT MARCOS PARKER;
    SERGEANT CHARLES SMITH; SERGEANT      CASE NO. 2:21-cv-0372-RFB-DJA
19  JOHN WEDIG; SERGEANT J. SCHROYER;
    SERGEANT L. HOLMES; OFFICER A.
20  ELIASON; OFFICER TRAVIS RAZ;
    OFFICER DAMON MILLETT; SERGEANT
21  BLEDSOE; SHAWN MAPLETON;
    MICHAEL POPOV; VIRGILIO PADILLA;
22  FRANCIS BODDIE-SMALL;
    EBONYMICHELLE D. GARNER; DEE
23  MORGAN, aka Vicky Morgan; REGINA
    ELIZONDO; DOCTOR BENET; DOCTOR
24  STILL; JAMES TENNEY; NICOLE ASHLEY
    THOMSON; MICHELLE FERNANDEZ;
25  LOVELLA A. PONGAN; ASHLEY NICOLE
    PHILLIPS; DOES 1-35, inclusive,
26
                   Defendants.
27

28          **CITY DEFENDANTS' ANSWER TO FIRST
           AMENDED COMPLAINT FOR DAMAGES**

1 | Defendants CITY OF LAS VEGAS, LIEUTENANT DANIELLE DAVIS, OFFICER

2 | RICHARD DORADO, OFFICER D'ANGELO CHAPARRO-WILSON, OFFICER MAURICE

3 | WASHINGTON, SERGEANT MARCOS PARKER, SERGEANT CHARLES SMITH,

4 | SERGEANT JOHN WEDIG, LIEUTENANT MATTHEW TRIPLETT, SERGEANT

5 | J[EFFREY] SCHROYER, SERGEANT L[ESLIE] HOLMES, SERGEANT [JAMES]

6 | BLEDSOE, OFFICER [RYAN] ELIASON, OFFICER TRAVIS RAZ, OFFICER DAMON

7 | MILLETT ("Answering City Defendants"), through their attorneys, BRYAN K. SCOTT, City

8 | Attorney, by JOHN A. CURTAS, Deputy City Attorney, answer Plaintiffs' First Amended

9 | Complaint for Damages on file herein as follows:

10 |       1.     Answering City Defendants are without sufficient knowledge and information

11 | sufficient to form a belief as to the truth of the allegations contained in Paragraphs 1, 2, 3, 4, 5, 6,

12 | 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37,

13 | 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63,

14 | 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89,

15 | 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111,

16 | 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130,

17 | 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 149,

18 | 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 161, 162, 163, 164, 165, 166, 167, 168, 169,

19 | 170, 171, 172, 173, 175, 176, 177, 178, 179, 180, 181, 182, 184, 185, 186, 187, 188, 189, 190,

20 | 192, 193, 194, 195, 196, 197, 198, 200, 201, 202, 203, 204, 205, 207, 208, 209, 210, 211, 212,

21 | 213, 214, 215, 216, 217, 219, 220, 221, 222, 223, 224, 226, 227, 228, 229, 230, 231, 233, 234,

22 | 235, 236, 237, 238, 239, 240, 241, 243, 244, 245, 246, 247, 248, and 249 of Plaintiffs' First

23 | Amended Complaint for Damages, and therefore deny them in their entirety.

24 |       2.     Answering City Defendants deny the allegations contained in Paragraphs 11 and

25 | 20 of Plaintiffs' First Amended Complaint for Damages.

26 |       3.     Answering City Defendants admit the allegations contained in Paragraph 18 and

27 | 19 of Plaintiffs' First Amended Complaint for Damages.

28 | . . . .

4.       Answering Paragraphs 160, 174, 183, 191, 199, 206, 218, 225, 232, and 242 of Plaintiffs' First Amended Complaint for Damages, Defendant CITY OF LAS VEGAS repeats and realleges its responses to Paragraphs 1 through 249, inclusive, as though fully set forth herein.

5.       As to any allegations not specifically answered above or inadvertently omitted, Answering City Defendants deny them in their entirety.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Amended Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The City of Las Vegas is a political subdivision of the State of Nevada and no award can be made against it as a political subdivision of the State of Nevada in excess of the applicable statutory amount at the time of the alleged incident.

### THIRD AFFIRMATIVE DEFENSE

Defendant City claims all immunities, defenses, exemptions and limitations on liability given to political subdivisions of the State of Nevada, including without limitation, NRS 41.0305 to 41.039, inclusive.

### FOURTH AFFIRMATIVE DEFENSE

The City is not subject to suit upon the facts and conclusions as stated in Plaintiffs' Amended Complaint by reason of the sovereign immunity of the City of Las Vegas as a political subdivision of the State of Nevada.

### FIFTH AFFIRMATIVE DEFENSE

The damages, if any, suffered by the Plaintiffs were caused in whole or in part or were contributed to by the actions of Plaintiffs.

### SIXTH AFFIRMATIVE DEFENSE

The damages sustained by Plaintiffs, if any, were caused by the acts of their persons who are not agents, servants or employees of the City and who were not acting on behalf of the City in any manner or form.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' Amended Complaint and each cause of action therein in barred by the doctrine of laches.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' Amended Complaint and each cause of action therein is barred by the doctrine of waiver.

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs' Amended Complaint and each cause of action therein is barred by the doctrine of estoppel.

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs and those legally responsible for them at the time of the alleged incident were cognizant of all facts, circumstances and conditions which existed at all relevant times mentioned in the Amended Complaint and accordingly consented to, permitted, acquiesced, encouraged and/or voluntarily assumed the risk and responsibility therefrom and intended thereto.

## ELEVENTH AFFIRMATIVE DEFENSE

Pursuant to N.R.C.P. 11, all possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing of City Defendants' answer, therefore, these answering Defendants reserve the right to amend their Answer to allege additional affirmative defenses if subsequent investigation so warrants.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

1    WHEREFORE, Answering City Defendants request that Plaintiffs take nothing by way

2    of their First Amended Complaint for Damages on file herein and that Answering City

3    Defendants be awarded their costs and reasonable attorney's fees.

4    DATED this ___ day of November, 2021.

5    BRYAN K. SCOTT
     City Attorney

6

7    By: _____

8    JOHN A. CURTAS
     Deputy City Attorney
     Nevada Bar No. 1841
9    495 South Main Street, Sixth Floor
     Las Vegas, NV 89101
10   Attorneys for CITY OF LAS VEGAS

11                    **CERTIFICATE OF SERVICE**

12    I hereby certify that on November 10, 2021, I served a true and correct copy of the

13   foregoing CITY DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT FOR

14   DAMAGES through the CM/ECF system of the United States District Court for the District of

15   Nevada (or, if necessary, by United States Mail at Las Vegas, Nevada, postage fully prepaid)

16   upon the following:

17   Peter Goldstein, Esq.                    S. Brent Vogel, Esq.
     PETER GOLDSTEIN LAW CORP                 John M. Orr, Esq.
18   10161 Park Run Drive, #150               LEWIS BRISBOIS BISGAARD & SMITH LLP
     Las Vegas, NV 89145                      6385 South Rainbow Boulevard, #600
19   Attorneys for Plaintiffs                 Las Vegas, NV 89118
                                              Attorneys for Defendants WELLPATH LLC
20                                            F/K/A CORRECT CARE SOLUTIONS, ET AL.

21                                            Paul A. Cardinale, Esq.
                                              LAURIA TOKUNAGA GATES & LINN, LLP
22                                            601 South Seventh Street, Second Floor
                                              Las Vegas, NV 89101
23                                            Attorneys for Defendant MICHAEL POPOV,
                                              D.O.

24

25

26   _____
     AN EMPLOYEE OF THE CITY OF LAS VEGAS

27

28