Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:     (702) 474-6400
Facsimile:     (888) 400-8799

*Attorney for Plaintiffs*
*MARIAM BLUE, individually, and as Special Administrator of the*
*Estate of STEPHEN BURRELL; LISA L. CARROLL on*
*behalf of her wards, SMB and SFB, individually*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| MARIAM BLUE, individually, and as Special Administrator of the Estate of STEPHEN BURRELL; LISA L. CARROLL on behalf of her wards, SMB and SFB, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS; WELLPATH, LLC F/K/A CORRECT CARE SOLUTIONS, LLC; LIEUTENANT DANIELLE DAVIS; LIEUTENANT MATTHEW TRIPLETT; OFFICER RICHARD DORADO; OFFICER D'ANGELO CHAPARRO-WILSON; OFFICER MAURICE WASHINGTON; SERGEANT MARCOS PARKER; SERGEANT CHARLES SMITH; SERGEANT JOHN WEDIG; SERGEANT J. SCHROYER; SERGEANT L. HOLMES; OFFICER A. ELIASON; OFFICER TRAVIS RAZ; OFFICER DAMON MILLETT; SERGEANT BLEDSOE; SHAWN MAPLETON; MICHAEL POPOV; VIRGILIO PADILLA; FRANCIS BODDIE-SMALL; EBONYMICHELLE D. GARNER; DEE MORGAN, aka Vicky Morgan; REGINA ELIZONDO; DOCTOR BENET; DOCTOR STILL; JAMES TENNEY; NICOLE ASHLEY THOMSON; MICHELLE FERNANDEZ; LOVELLA A. PONGAN; ASHLEY NICOLE PHILLIPS; DOES 1-35, inclusive,<br><br>Defendants. | Case No. 2-21-cv-00372-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs MARIAM BLUE, individually, and as Special Administrator of the Estate of STEPHEN BURRELL; LISA L.

1

CARROLL on behalf of her wards, SMB and SFB, individually ("Plaintiffs") and Defendants CITY OF LAS VEGAS; LIEUTENANT DANIELLE DAVIS; LIEUTENANT MATTHEW TRIPLETT; OFFICER RICHARD DORADO; OFFICER D'ANGELO CHAPARRO-WILSON; OFFICER MAURICE WASHINGTON; SERGEANT MARCOS PARKER; SERGEANT CHARLES SMITH; SERGEANT JOHN WEDIG; SERGEANT J. SCHROYER; SERGEANT L. HOLMES; OFFICER A. ELIASON; OFFICER TRAVIS RAZ; OFFICER DAMON MILLETT; SERGEANT BLEDSOE ("City Defendants"); WELLPATH, LLC F/K/A CORRECT CARE SOLUTIONS, LLC; SHAWN MAPLETON; MICHAEL POPOV; VIRGILIO PADILLA; FRANCIS BODDIE-SMALL; EBONYMICHELLE D. GARNER; DEE MORGAN, aka Vicky Morgan; REGINA ELIZONDO; DOCTOR BENET; DOCTOR STILL; JAMES TENNEY; NICOLE ASHLEY THOMSON; MICHELLE FERNANDEZ; LOVELLA A. PONGAN; ASHLEY NICOLE PHILLIPS ("Wellpath Defendants"), by and through their counsel of record, that the discovery deadlines be extended for a period of ninety (90) days.

## I. DISCOVERY COMPLETED TO DATE

On June 11, 2021, the Court approved the Discovery Plan in this matter. Dkt. 44. According to the Discovery Plan, the current discovery cut-off is January 24, 2022. The deadline for expert disclosures is November 26, 2021, and the deadline for rebuttal expert disclosures is December 27, 2021.

Between June 17 and June 29, 2021, the parties exchanged initial disclosures.

On October 26, 2021, the Court approved the parties' stipulation to the filing of the First Amended Complaint, adding and dismissing defendants, and amending the case caption. Dkt. 55.

Defendant POPOV's motion to dismiss and Plaintiffs' opposition to the same is currently pending before the Court.

## II. DISCOVERY YET TO BE COMPLETED

Plaintiffs are currently awaiting responses to their initial discovery requests.

Counsel for the Defendants anticipate serving discovery requests on Plaintiffs.

Plaintiffs and Defendants anticipate taking the depositions of the relevant parties and experts.

//

### III. REASONS FOR INCOMPLETE DISCOVERY

The parties have been diligent in conducting discovery in this matter, which involves numerous parties and thousands of pages of discoverable material.

Plaintiffs have amended their complaint, and added and dismissed parties, based on new facts and information gathered in discovery.

Counsel for the City Defendants and Wellpath Defendants have agreed to answer and execute waivers of service on behalf of the newly added defendants.

All parties agree that, in light of the current case status, good cause exists for a ninety (90) day extension of the above deadlines.

### IV. PROPOSED EXTENDED DEADLINES

The deadline for disclosure of experts and their reports will be extended to **February 24, 2022.**

The deadline for disclosure of rebuttal experts and their reports will be extended to **March 28, 2022.**

The discovery cut-off will be extended to **April 25, 2022.**

IT IS SO STIPULATED.

DATED this 30th day of November, 2021

By: /s/ Erin Jordan
Erin Jordan
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
*Attorney for Wellpath Defendants*


By: /s/ John Curtas
John Curtas
495 South Main Street, 6th Floor
Las Vegas, NV 89101
*Attorney for City Defendants*


By: /s/ Paul Cardinale
Paul Cardinale
601 South Sevent Street
Las Vegas, NV 89101
*Attorney for Defendant Michael Popov*

3

By: /s/ Peter Goldstein
    Peter Goldstein
    10161 Park Run Drive, Suite 150
    Las Vegas, NV 89145
    *Attorney for Plaintiffs*

**IT IS SO ORDERED.**

DATED this ___ day of _____ 2021.

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I am employed in the County of Clark, State of Nevada. I am over the age of eighteen years and not a party to the within action; my business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on this 30th day of November, 2021, a true and correct copy of the following document **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES** was served by electronically filing with the Court's CM/ECF electronic filing system to the following parties:

| | |
|---|---|
| Erin Jordan, Esq.<br>Natalie J. Hagen, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 South Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Tel: (702) 893-3383; Fax: (702) 893-3789<br>Email: Erin.Jordan@lewisbrisbois.com<br>          Natalie.Hagen@lewisbrisbois.com<br>*Attorneys for Defendants*<br>*Wellpath, LLC f/k/a Correct Care Solutions, LLC erroneously sued as Wellpath Care fka Correct Care Solutions, Ebony-Michelle Garner, Shawn Mapleton, M.D., Regina Elizondo, Frances Boddie-Small, Virgilio Padilla and Vicky Morgan* | Bryan K. Scott, Esq.<br>City Attorney<br>John A. Curtas, Esq.<br>Deputy City Attorney<br>495 South Main Street, 6th Floor<br>Las Vegas, Nevada 89101<br>Tel: (702) 229-6629; Fax: (702) 386-1749<br>Email: jacurtas@lasvegasnevada.gov<br>*Attorneys for Defendants*<br>*City of Las Vegas, Lieutenant Danielle Davis, Officer Richard Dorado, Officer D'Angelo Chaparro-Wilson, Officer Maurice Washington, Sgt. Marcos Parker, Sgt. Charles Smith and Sgt. John Wedig* |

Paul A. Cardinale SBN 8394
LAURIA TOKUNAGA GATES & LINN, LLP
1755 Creekside Oaks Drive, Suite 240
Sacramento, CA 95833
**Southern Nevada Office:**
601 South Seventh Street
Las Vegas, NV 89101
Tel: (702) 387-8633; Fax: (702) 387-8635
Email: pcardinale@ltglaw.net
Liesa Costa at lcosta@ltglaw.net
*Attorney for Defendantst MICHAEL POPOV, D.O. and DR. JONATHAN STILL*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: *Kris Bechtold*
An Employee of Peter Goldstein Law Corp



**Peter Goldstein** <pglawstaff@petergoldsteinlaw.com>

---

# Re: FW: Carrol Blue extension on expert disclosures
5 messages

---

**Peter Goldstein** <peter@petergoldsteinlaw.com>	Sat, Nov 27, 2021 at 2:42 PM
To: "Gordon, Katherine" <Katherine.Gordon@lewisbrisbois.com>, Kris Bechtold <pglawstaff@petergoldsteinlaw.com>, Andrew Kopke <ajekopke@gmail.com>
Cc: "Jordan, Erin" <Erin.Jordan@lewisbrisbois.com>, "Paul A. Cardinale" <pcardinale@ltglaw.net>

Thanks for the update Katherine.

Peter



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com


400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com


On Sat, Nov 27, 2021 at 10:22 AM Gordon, Katherine <Katherine.Gordon@lewisbrisbois.com> wrote:

> Hi all:
>
> I'm forwarding this to Erin Jordan of our office because she is handling this in my place. Natalie will continue working on the case with Erin. Sorry for all the changes!
>
> Thanks-
>
> Katie
>
> 
>
> Katherine J. Gordon
> Partner
> Katherine.Gordon@lewisbrisbois.com
>
> T: 702.693.4336   F: 702.893.3789
>
> 6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118  |  LewisBrisbois.com

Representing clients from coast to coast. View our locations nationwide.

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Paul A. Cardinale <pcardinale@ltglaw.net>
**Sent:** Friday, November 26, 2021 5:27 PM
**To:** Peter Goldstein <peter@petergoldsteinlaw.com>
**Cc:** Andrew Kopke <ajekopke@gmail.com>; John A. Curtas <jacurtas@lasvegasnevada.gov>; Gordon, Katherine <Katherine.Gordon@lewisbrisbois.com>; Hagen, Natalie <Natalie.Hagen@lewisbrisbois.com>
**Subject:** Re: Carrol Blue extension on expert disclosures

Approved.  You may affix my e-signature.

Sent from my iPhone

> On Nov 26, 2021, at 4:28 PM, Peter Goldstein <peter@petergoldsteinlaw.com> wrote:
>
> See attached draft, feel free to make changes/additions as needed.
>
> Peter
>
> **PETER GOLDSTEIN LAW CORP**
>
> 10161 Park Run Drive, Suite 150
>
> Las Vegas, NV 89145
>
> Tel: (702) 474-6400
> Fax: (888) 400-8799
>
> www.petergoldsteinlaw.com
>
> 400 Corporate Pointe, Ste. 300
> Culver City, CA 90230
>
> Tel: (310)552-2050
> Fax: (888) 400-8799
>
> www.petergoldsteinlaw.com
>
> On Fri, Nov 26, 2021 at 2:03 PM Peter Goldstein <peter@petergoldsteinlaw.com> wrote:
>> Thanks. I'm not too sure everyone's working today but I will prepare a draft and circulate it.

peter

**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com

400 Corporate Pointe, Ste. 300
Culver City, CA 90230

Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com

On Fri, Nov 26, 2021 at 1:49 PM Paul A. Cardinale <pcardinale@ltglaw.net> wrote:

> Agree
>
> Sent from my iPhone
>
>> On Nov 26, 2021, at 1:43 PM, Peter Goldstein <peter@petergoldsteinlaw.com> wrote:
>>
>> I realize this is last-minute but today is the deadline to serve expert disclosures on this case. Since we are barely in the discovery stage and still have a motion to dismiss pending with Doctor Popoff, I think it's appropriate to enter into a 90 day extension of time dates. I will prepare a draft stipulation and order to extend dates, assuming you agree with that we should extend time.
>>
>> Peter
>>
>> **PETER GOLDSTEIN LAW CORP**
>>
>> 10161 Park Run Drive, Suite 150
>>
>> Las Vegas, NV 89145

        Tel: (702) 474-6400
        Fax: (888) 400-8799

        www.petergoldsteinlaw.com


        400 Corporate Pointe, Ste. 300
        Culver City, CA 90230
        Tel: (310)552-2050
        Fax: (888) 400-8799

        www.petergoldsteinlaw.com

<11.26.21 Stip and order to extended discovery.doc>

---

**Jordan, Erin** <Erin.Jordan@lewisbrisbois.com>   Tue, Nov 30, 2021 at 2:03 PM
To: Peter Goldstein <peter@petergoldsteinlaw.com>, "Gordon, Katherine" <Katherine.Gordon@lewisbrisbois.com>, Kris Bechtold <pglawstaff@petergoldsteinlaw.com>, Andrew Kopke <ajekopke@gmail.com>
Cc: "Paul A. Cardinale" <pcardinale@ltglaw.net>

You may use my e-signature.


Thanks,

Erin




Erin E. Jordan
Partner
Erin.Jordan@lewisbrisbois.com

T: 702.693.4354  F: 702.893.3789

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

[Quoted text hidden]
[Quoted text hidden]

    [Quoted text hidden]


        [Quoted text hidden]




        **PETER GOLDSTEIN LAW CORP**

        10161 Park Run Drive, Suite 150



Peter Goldstein <pglawstaff@petergoldsteinlaw.com>

## Re: FW: Carrol Blue extension on expert disclosures

**Peter Goldstein** <peter@petergoldsteinlaw.com>  Tue, Nov 30, 2021 at 4:06 PM
To: Kris Bechtold <pglawstaff@petergoldsteinlaw.com>



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com


400 Corporate Pointe, Ste. 300

Culver City, CA 90230

Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com


---------- Forwarded message ---------
From: **John A. Curtas** <jacurtas@lasvegasnevada.gov>
Date: Mon, Nov 29, 2021 at 10:23 AM
Subject: RE: Carrol Blue extension on expert disclosures
To: Peter Goldstein <peter@petergoldsteinlaw.com>, Paul A. Cardinale <pcardinale@ltglaw.net>, Andrew Kopke <ajekopke@gmail.com>
Cc: Gordon, Katherine <Katherine.Gordon@lewisbrisbois.com>, Hagen, Natalie <Natalie.Hagen@lewisbrisbois.com>, Cindy Kelly <CKelly@lasvegasnevada.gov>


You may affix my signature.


## John A. Curtas

Deputy City Attorney

City Attorney's Office | Civil Division

**702-229-2125 (direct) | 702-528-7454 (cell)**