Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:   (702) 474-6400
Facsimile:    (888) 400-8799

*Attorney for Plaintiffs*
MARIAM BLUE, individually, and as Special Administrator of the
Estate of STEPHEN BURRELL; LISA L. CARROLL on
behalf of her wards, SMB and SFB, individually

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| MARIAM BLUE, individually, and as Special Administrator of the Estate of STEPHEN BURRELL; LISA L. CARROLL on behalf of her wards, SMB and SFB, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS; WELLPATH, LLC F/K/A CORRECT CARE SOLUTIONS, LLC; LIEUTENANT DANIELLE DAVIS; LIEUTENANT MATTHEW TRIPLETT; OFFICER RICHARD DORADO; OFFICER D'ANGELO CHAPARRO-WILSON; OFFICER MAURICE WASHINGTON; SERGEANT MARCOS PARKER; SERGEANT CHARLES SMITH; SERGEANT JOHN WEDIG; SERGEANT J. SCHROYER; SERGEANT L. HOLMES; OFFICER A. ELIASON; OFFICER TRAVIS RAZ; OFFICER DAMON MILLETT; SERGEANT BLEDSOE; SHAWN MAPLETON; MICHAEL POPOV; VIRGILIO PADILLA; FRANCIS BODDIE-SMALL; EBONYMICHELLE D. GARNER; DEE MORGAN, aka Vicky Morgan; REGINA ELIZONDO; DOCTOR BENET; DOCTOR STILL; JAMES TENNEY; NICOLE ASHLEY THOMSON; MICHELLE FERNANDEZ; LOVELLA A. PONGAN; ASHLEY NICOLE PHILLIPS; DOES 1-35, inclusive,<br><br>Defendants. | Case No. 2-21-cv-00372-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs MARIAM BLUE, individually, and as Special Administrator of the Estate of STEPHEN BURRELL; LISA L.

1

1  CARROLL on behalf of her wards, SMB and SFB, individually ("Plaintiffs") and Defendants CITY
2  OF LAS VEGAS; LIEUTENANT DANIELLE DAVIS; LIEUTENANT MATTHEW TRIPLETT;
3  OFFICER RICHARD DORADO; OFFICER D'ANGELO CHAPARRO-WILSON; OFFICER
4  MAURICE WASHINGTON; SERGEANT MARCOS PARKER; SERGEANT CHARLES SMITH;
5  SERGEANT JOHN WEDIG; SERGEANT J. SCHROYER; SERGEANT L. HOLMES; OFFICER
6  A. ELIASON; OFFICER TRAVIS RAZ; OFFICER DAMON MILLETT; SERGEANT BLEDSOE
7  ("City Defendants"); WELLPATH, LLC F/K/A CORRECT CARE SOLUTIONS, LLC; SHAWN
8  MAPLETON; MICHAEL POPOV; VIRGILIO PADILLA; FRANCIS BODDIE-SMALL;
9  EBONYMICHELLE D. GARNER; DEE MORGAN, aka Vicky Morgan; REGINA ELIZONDO;
10 DOCTOR BENET; DOCTOR STILL; JAMES TENNEY; NICOLE ASHLEY THOMSON;
11 MICHELLE FERNANDEZ; LOVELLA A. PONGAN; ASHLEY NICOLE PHILLIPS ("Wellpath
12 Defendants"), by and through their counsel of record, that the discovery deadlines be extended for a
13 period of ninety (90) business days. This is the parties' first request for an extension of the discovery
14 deadlines.

**I.   DISCOVERY COMPLETED TO DATE**

On June 11, 2021, the Court approved the Discovery Plan in this matter. Dkt. 44. According to the Discovery Plan, the current discovery cut-off is January 24, 2022. The deadline for expert disclosures is November 26, 2021, and the deadline for rebuttal expert disclosures is December 27, 2021.

Between June 17 and June 29, 2021, the parties exchanged initial disclosures.

Between September 14 and September 20, 2021, Plaintiffs served two sets of requests for production on the City and Wellpath Defendants. During this time, Plaintiffs also served one set of requests for admissions and nine sets of interrogatories.

On October 26, 2021, the Court approved the parties' stipulation to the filing of the First Amended Complaint, adding and dismissing defendants, and amending the case caption. Dkt. 55.

Counsel for the City and Wellpath Defendants have agreed to answer and execute waivers of service on behalf of the newly added defendants.

Defendant POPOV's motion to dismiss and Plaintiffs' opposition are currently pending before the Court.

## II. DISCOVERY YET TO BE COMPLETED

Plaintiffs are currently awaiting responses to their initial discovery requests and interrogatories.

Counsel for Defendants anticipate serving discovery requests on Plaintiffs.

Plaintiffs and Defendants anticipate taking the depositions of the relevant parties and experts.

## III. REASONS FOR INCOMPLETE DISCOVERY

The parties have been diligent in conducting discovery in this matter, which involves numerous parties and thousands of pages of discoverable material.

Plaintiffs have consented to extensions for Defendants to respond to the requests and interrogatories because both the City and Wellpath Defendants have new counsel and requested additional time.

## IV. THE FAILURE TO FILE BEFORE NOVEMBER 26, 2021 WAS THE RESULT OF EXCUSABLE NEGLECT

The deadline for expert disclosures was November 26, 2021, the day after Thanksgiving. On that date, Plaintiff's counsel circulated a proposed stipulation and order to extend the discovery deadlines. Presumably due to the holiday, Plaintiff's counsel received only one response to the proposed stipulation. After the holiday, counsel for all of the Defendants responded and stipulated to the extension.

## V. PROPOSED EXTENDED DEADLINES

The deadline for disclosure of experts and their reports will be extended to **February 24, 2022.**

The deadline for disclosure of rebuttal experts and their reports will be extended to **March 28, 2022.**

The discovery cut-off will be extended to **April 25, 2022.**

The dispositive motion deadline will be extended to **May 24, 2022.**

The pre-trial order deadline will be extended to **June 23, 2022.**

1     IT IS SO STIPULATED.

2     DATED this 7th day of December, 2021

3 By: /s/ Erin Jordan
    Erin Jordan
4     6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, NV 89118
5     *Attorney for Wellpath Defendants*

6

7 By: /s/ John Curtas
    John Curtas
    495 South Main Street, 6th Floor
8     Las Vegas, NV 89101
    *Attorney for City Defendants*
9

10 By: /s/ Paul Cardinale
    Paul Cardinale
11     601 South Sevent Street
    Las Vegas, NV 89101
12     *Attorney for Defendant Michael Popov*

13

14 By: /s/ Peter Goldstein
    Peter Goldstein
15     10161 Park Run Drive, Suite 150
    Las Vegas, NV 89145
16     *Attorney for Plaintiffs*

17

18     **IT IS SO ORDERED.**

19     DATED this ___ day of _____ 2021.

20

21

22     _____
    UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I am employed in the County of Clark, State of Nevada. I am over the age of eighteen years and not a party to the within action; my business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on this 7th day of December, 2021, a true and correct copy of the following document **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES** was served by electronically filing with the Court's CM/ECF electronic filing system to the following parties:

Erin Jordan, Esq.
Brent Vogel, Esq.
Shady Sirsy, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: (702) 893-3383; Fax: (702) 893-3789
Email: Erin.Jordan@lewisbrisbois.com
Brent.Vogel@lewisbrisbois.com
Shady.Sirsy@lewisbrisbois.com
*Attorneys for Defendants*
*Wellpath, LLC f/k/a Correct Care Solutions, LLC erroneously sued as Wellpath Care fka Correct Care Solutions, Ebony-Michelle Garner, Shawn Mapleton, M.D., Regina Elizondo, Frances Boddie-Small, Virgilio Padilla and Vicky Morgan*

Bryan K. Scott, Esq.
City Attorney
John A. Curtas, Esq.
Deputy City Attorney
495 South Main Street, 6th Floor
Las Vegas, Nevada 89101
Tel: (702) 229-6629; Fax: (702) 386-1749
Email: jacurtas@lasvegasnevada.gov
*Attorneys for Defendants*
*City of Las Vegas, Lieutenant Danielle Davis, Officer Richard Dorado, Officer D'Angelo Chaparro-Wilson, Officer Maurice Washington, Sgt. Marcos Parker, Sgt. Charles Smith and Sgt. John Wedig*

Paul A. Cardinale SBN 8394
LAURIA TOKUNAGA GATES & LINN, LLP
1755 Creekside Oaks Drive, Suite 240
Sacramento, CA 95833
**Southern Nevada Office:**
601 South Seventh Street
Las Vegas, NV 89101
Tel: (702) 387-8633; Fax: (702) 387-8635
Email: pcardinale@ltglaw.net
Liesa Costa at lcosta@ltglaw.net
*Attorney for Defendantst MICHAEL POPOV, D.O. and DR. JONATHAN STILL*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: *Kris Bechtold*
An Employee of Peter Goldstein Law Corp

5

   **Peter Goldstein <pglawstaff@petergoldsteinlaw.com>**

---

## Blue - Revised stip and order
7 messages

---

**Peter Goldstein** <peter@petergoldsteinlaw.com>                                                        Fri, Dec 3, 2021 at 12:01 PM
To: "Hagen, Natalie" <Natalie.Hagen@lewisbrisbois.com>, "John A. Curtas" <jacurtas@lasvegasnevada.gov>, "Paul A. Cardinale" <pcardinale@ltglaw.net>, Kris Bechtold <pglawstaff@petergoldsteinlaw.com>

See attached, you may want to add change in lawyers and anything else relevant to the court's minute order.
Peter



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com

400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com

---

 **BLUE - Stip and order to extended discovery (2).doc**
73K

---

**John A. Curtas** <jacurtas@lasvegasnevada.gov>                                                        Mon, Dec 6, 2021 at 12:26 PM
To: Peter Goldstein <peter@petergoldsteinlaw.com>, "Hagen, Natalie" <Natalie.Hagen@lewisbrisbois.com>, "Paul A. Cardinale" <pcardinale@ltglaw.net>, Kris Bechtold <pglawstaff@petergoldsteinlaw.com>

Fine with me.


### John A. Curtas

Deputy City Attorney

City Attorney's Office | Civil Division

**702-229-2125 (direct) | 702-528-7454 (cell)**

495 South Main Street, Sixth Floor | Las Vegas, NV 89101



lasvegasnevada.gov



**From:** Peter Goldstein <peter@petergoldsteinlaw.com>
**Sent:** Friday, December 03, 2021 12:02 PM
**To:** Hagen, Natalie <Natalie.Hagen@lewisbrisbois.com>; John A. Curtas <jacurtas@LasVegasNevada.GOV>; Paul A. Cardinale <pcardinale@ltglaw.net>; Kris Bechtold <pglawstaff@petergoldsteinlaw.com>
**Subject:** Blue - Revised stip and order

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

See attached, you may want to add change in lawyers and anything else relevant to the court's minute order.

Peter

[Quoted text hidden]

---

**Peter Goldstein** <peter@petergoldsteinlaw.com>                                    Mon, Dec 6, 2021 at 4:48 PM
To: "John A. Curtas" <jacurtas@lasvegasnevada.gov>
Cc: "Hagen, Natalie" <Natalie.Hagen@lewisbrisbois.com>, "Paul A. Cardinale" <pcardinale@ltglaw.net>, Kris Bechtold <pglawstaff@petergoldsteinlaw.com>

Do we want to add something on your end re the change in counsel, maybe lewis brisbois wants to do same.
Peter



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com


400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com

[Quoted text hidden]

---

**John A. Curtas** <jacurtas@lasvegasnevada.gov>  Mon, Dec 6, 2021 at 4:50 PM
To: Peter Goldstein <peter@petergoldsteinlaw.com>
Cc: "Hagen, Natalie" <Natalie.Hagen@lewisbrisbois.com>, "Paul A. Cardinale" <pcardinale@ltglaw.net>, Kris Bechtold <pglawstaff@petergoldsteinlaw.com>

Good idea. Thx.

## John A. Curtas

Deputy City Attorney

City Attorney's Office | Civil Division

**702-229-2125 (direct)** | **702-528-7454 (cell)**

495 South Main Street, Sixth Floor | Las Vegas, NV 89101



lasvegasnevada.gov



---

**From:** Peter Goldstein <peter@petergoldsteinlaw.com>
**Sent:** Monday, December 06, 2021 4:49 PM
**To:** John A. Curtas <jacurtas@LasVegasNevada.GOV>
**Cc:** Hagen, Natalie <Natalie.Hagen@lewisbrisbois.com>; Paul A. Cardinale <pcardinale@ltglaw.net>; Kris Bechtold <pglawstaff@petergoldsteinlaw.com>
**Subject:** Re: Blue - Revised stip and order

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Do we want to add something on your end re the change in counsel, maybe lewis brisbois wants to do same.

Peter

[Quoted text hidden]

[Quoted text hidden]

---

**Peter Goldstein** <peter@petergoldsteinlaw.com>    Tue, Dec 7, 2021 at 1:15 PM
To: "John A. Curtas" <jacurtas@lasvegasnevada.gov>, "Jordan, Erin" <Erin.Jordan@lewisbrisbois.com>, "Vogel, Brent" <Brent.Vogel@lewisbrisbois.com>, "Paul A. Cardinale" <pcardinale@ltglaw.net>
Cc: Kris Bechtold <pglawstaff@petergoldsteinlaw.com>

John, let me know when you are finished. I want to file the stipulation today, Erin and Brent let me know if you want to add anything about the change of attorneys on your side to support the request for more time.
Peter



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com

400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com

[Quoted text hidden]

---

**Jordan, Erin** <Erin.Jordan@lewisbrisbois.com>    Tue, Dec 7, 2021 at 1:48 PM
To: Peter Goldstein <peter@petergoldsteinlaw.com>, "John A. Curtas" <jacurtas@lasvegasnevada.gov>, "Vogel, Brent" <Brent.Vogel@lewisbrisbois.com>, "Paul A. Cardinale" <pcardinale@ltglaw.net>
Cc: Kris Bechtold <pglawstaff@petergoldsteinlaw.com>

I'm fine if you want to include that, but don't feel strongly either way.


Thanks,

Erin


**Erin E. Jordan**
**Partner**
**Erin.Jordan@lewisbrisbois.com**

**T: 702.693.4354  F: 702.893.3789**

**Paul A. Cardinale**     3:40 PM (11 minutes ago)

to Erin, Brent, Idalia, Peter, John, me

I'm ok with the Revised Stipulation.  You may affix my signature.

       **Paul A. Cardinale**
       LAURIA TOKUNAGA GATES & LINN, LLP
       1755 Creekside Oaks Drive, Suite 240
       Sacramento, CA  95833
       Tel: (916) 492-2000
       Fax: (916) 492-2500
       Email: pcardinale@ltglaw.net

Northern Nevada:  617 Fourteenth Green Drive, Incline Village, NV  89451
                      Tel: (775) 833-2017  Fax: (775) 833-2037
Southern Nevada:  601 South Seventh Street, Las Vegas, NV  89101
                      Tel: (702) 387-8633  Fax: (702) 387-8635

**CONFIDENTIALITY STATEMENT:** THIS E-MAIL AND ANY ATTACHMENTS ARE INTENDED SOLELY FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS (I) PROPRIETARY TO THE SENDER, AND/OR, (II) PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE STATE AND FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, PRIVACY STANDARDS IMPOSED PURSUANT TO THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"). IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT (916) 492-2000, AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.