S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
ERIN E. JORDAN
Nevada Bar No. 10018
Erin.Jordan@lewisbrisbois.com
SHADY SIRSY
Nevada Bar No. 15818
Shady.Sirsy@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants Wellpath, Ebony-Michelle Garner, Shawn Mapleton, M.D., Regina Elizondo, Francis Boddie-Small, Virgilio Padilla, Vicky Morgan, James Tenney, M.D., Michelle Fernandez, Ashley Nicole Phillips, Nicole A. Thomson, and Lovella A. Pongan*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARIAM BLUE, individually, and as Special Administrator of the Estate of STEPHEN BURRELL; LISA L. CARROLL on behalf of her wards SMB, and SFB, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada; MICHELE FREEMAN, Former Chief of City of Las Vegas Department of Public Safety, in her official and individual capacities; ROBERT STRAUBE, Deputy Chief of Detention Services for City of Las Vegas Department of Public Safety, LIEUTENANT SHARON MEADS, LIEUTENANT CESAR LANDROVE, LIEUTENANT VENUS THOMPSON, LIEUTENANT DANIELLE DAVIS, in their official and individual capacities; WELLPATH CARE, F/K/A CORRECT CARE SOLUTIONS, individually; OFFICER DORADO, individually; OFFICER D. CHAPARRO, individually; OFFICER M. WASHINGTON, individually; SGT M. PARKER, individually; SGT. C. SMITH, individually; SGT. WEDIG, | Case No.: 2:21-cv-00372-RFB-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>(Second Request) |

4869-4410-6255.1

individually; SHAWN MAPLETON, individually; MICHAEL POPOV, individually; FRANCES BODDIE-SMALL, individually; EBONYMICHELLE D. GARNER, individually; PSYCH RN DEE, individually; REGINA ELIZONDO, individually, and DOES 1-35, inclusive all of whom are sued in their individual capacities,

Defendants.

IT IS HEREBY STIPULATED AND AGREED BETWEEN PLAINTIFFS MARIAM BLUE, INDIVIDUALLY, AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF STEPHEN BURRELL; LISA L., CARROLL on behalf of her wards, SMB and SFB, individually ("Plaintiffs") and Defendants CITY OF LAS VEGAS; LIEUTENANT DANIELLE DAVIS; LIEUTENANT MATTHEW TRIPLETT; OFFICER RICHARD DORADO; OFFICER D'ANGELO CHAPARRO-WILSON; OFFICER MAURICE WASHINGTON; SERGEANT MARCOS PARKER; SERGEANT CHARLES SMITH; SERGEANT JOHN WEDIG; SERGEANT J. SCHROYER; SERGEANT L. HOLMES; OFFICER A. ELIASON; OFFICER TRAVIS RAZ; OFFICER DAMON MILLETT; SERGEANT BLEDSOE ("City Defendants"); WELLPATH, LLC F/K/A CORRECT CARE SOLUTIONS, LLC; SHAWN MAPLETON; MICHAEL POPOV; VIRGILIO PADILLA; FRANCIS BODDIE-SMALL; EBONYMICHELLE D. GARNER; DEE MORGAN, aka Vicky Morgan; REGINA ELIZONDO; DOCTOR BENET; DOCTOR STILL; JAMES TENNEY; NICOLE ASHLEY THOMSON; MICHELLE FERNANDEZ; LOVELLA A. PONGAN; ASHLEY NICOLE PHILLIPS ("Wellpath Defendants"), by and through their counsel of record, that the discovery deadlines established by parties' first request for extension be extended for a period of ninety (90) business days. This is the parties' second request for an extension of the discovery deadlines.

### I. DISCOVERY COMPLETED TO DATE

On June 11, 2021, the Court approved the Discovery Plan in this matter. Dkt. 44. According to the Discovery Plan, the original discovery cut-off was January 24, 2022. The original deadline for expert disclosures was November 26, 2021, and the original deadline for rebuttal expert disclosures was December 27, 2022. On December 8, 2021, the Court approved parties' Stipulation

4869-4410-6255.1                                                   2

and Order to Extend Discovery Deadlines by 90 days.

Between June 17 and June 29, 2021, the parties exchanged initial disclosures. On January 7, 2022, Wellpath Defendants served their First Supplement to their Initial disclosure.

Between September 14 and September 20, 2021, Plaintiffs served two sets of requests for production on the City and Wellpath Defendants. During this time, Plaintiffs also served one set of requests for admissions and nine sets of interrogatories on the Wellpath Defendants. On January 31, 2022, due to change in counsel for the City, Plaintiff re-served the City Defendants with Requests for Production (Set One) and Interrogatories (Set One).

On October 26, 2021, the Court approved the parties' stipulation to the filing of the First Amended Complaint, adding and dismissing defendants, and amending the case caption. Dkt. 55. Counsel for the City and Wellpath Defendants have agreed to answer and execute waivers of service on behalf of newly added defendants. Doctor James Tenney, Ashley Nicole Phillips, Nicole A Thomson, Michelle Fernandez, and Lovella A. Pongan are now represented by counsel for Wellpath Defendants. Defendants, Michael Popov and Doctor Still will file answers by February 18, 2022. To date, there has been no acceptance or proof of service to Doctor Benet.

On January 6, 2022, Wellpath Defendants answered written discovery. On February 10, 2022, a meet and confer between Plaintiff's counsel and Wellpath Defendants' counsel took place.

**II.    DISCOVERY YET TO BE COMPLETED**

Plaintiffs are currently awaiting supplemental responses to their initial discovery requests. Plaintiffs are awaiting Answer to their First Amended Complaint from newly added Defendants. Counsel for Defendants anticipate serving discovery requests on Plaintiffs. Plaintiffs and Defendants anticipate taking the depositions of the relevant parties and experts.

**III.    REASONS FOR INCOMPLETE DISCOVERY**

The parties have been diligent in conducting discovery in this matter, which involves numerous parties and thousands of pages of discoverable material. Plaintiffs have consented to extensions for Defendants to respond to the requests and interrogatories because both the City and Wellpath Defendants have new counsel and requested additional time.

///

### IV. PROPOSED EXTENDED DEADLINES

The deadline for disclosure of experts and their reports will be extended to **May 25, 2022.**

The deadline for disclosure of rebuttal experts and their reports will be extended to **June 27, 2022.**

The discovery cut-off will be extended to **July 25, 2022.**

The dispositive motion deadline will be extended to **August 22, 2022.**

The pre-trial order deadline will be extended to **September 21, 2022.**

IT IS SO STIPULATED.

DATED this _16th__ day of _February_ 2022.

By: /s/
S. Brent Vogel
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
*Attorney for Wellpath Defendants*

By: /s/
John Curtas
495 South Main Street, 6th Floor
Las Vegas, NV 89101
*Attorney for City Defendants*

By: /s/
Paul Cardinale
601 South Seventh Street
Las Vegas, NV 89101
*Attorney for Defendant Michael Popov*

By: /s/
Peter Goldstein
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
*Attorney for Plaintiffs*

**IT IS SO ORDERED.**

DATED this ___ day of _____ 2022.

_____
UNITED STATES MAGISTRATE JUDGE