S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
ERIN E. JORDAN
Nevada Bar No. 10018
Erin.Jordan@lewisbrisbois.com
SHADY SIRSY
Nevada Bar No. 15818
Shady.Sirsy@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants Wellpath, Ebony-Michelle Garner, Shawn Mapleton, M.D., Regina Elizondo, Francis Boddie-Small, Virgilio Padilla, Vicky Morgan, James Tenney, M.D., Michelle Fernandez, Ashley Nicole Phillips, Nicole A. Thomson, and Lovella A. Pongan*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIAM BLUE, individually, and as Special Administrator of the Estate of STEPHEN BURRELL; LISA L. CARROLL on behalf of her wards SMB, and SFB, individually, <br><br> Plaintiffs, <br> vs. <br><br> CITY OF LAS VEGAS, a political subdivision of the State of Nevada; MICHELE FREEMAN, Former Chief of City of Las Vegas Department of Public Safety, in her official and individual capacities; ROBERT STRAUBE, Deputy Chief of Detention Services for City of Las Vegas Department of Public Safety, LIEUTENANT SHARON MEADS, LIEUTENANT CESAR LANDROVE, LIEUTENANT VENUS THOMPSON, LIEUTENANT DANIELLE DAVIS, in their official and individual capacities; WELLPATH CARE, F/K/A CORRECT CARE SOLUTIONS, individually; OFFICER DORADO, individually; OFFICER D. CHAPARRO, | Case No.: 2:21-cv-00372-RFB-DJA <br><br> **STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY DEADLINES** <br><br> (Third Request) |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | individually; OFFICER M. WASHINGTON, individually; SGT M. PARKER, individually; SGT. C. SMITH, individually; SGT. WEDIG, individually; SHAWN MAPLETON, individually; MICHAEL POPOV, individually; FRANCES BODDIE-SMALL, individually; EBONYMICHELLE D. GARNER, individually; PSYCH RN DEE, individually; REGINA ELIZONDO, individually, and DOES 1-35, inclusive all of whom are sued in their individual capacities,<br><br>                        Defendants. |

IT IS HEREBY STIPULATED AND AGREED BETWEEN PLAINTIFFS MARIAM BLUE,

INDIVIDUALLY, AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF STEPHEN BURRELL; LISA L., CARROLL on behalf of her wards, SMB and SFB, individually ("Plaintiffs") and Defendants CITY OF LAS VEGAS; LIEUTENANT DANIELLE DAVIS; LIEUTENANT MATTHEW TRIPLETT; OFFICER RICHARD DORADO; OFFICER D'ANGELO CHAPARRO-WILSON; OFFICER MAURICE WASHINGTON; SERGEANT MARCOS PARKER; SERGEANT CHARLES SMITH; SERGEANT JOHN WEDIG; SERGEANT J. SCHROYER; SERGEANT L. HOLMES; OFFICER A. ELIASON; OFFICER TRAVIS RAZ; OFFICER DAMON MILLETT; SERGEANT BLEDSOE ("City Defendants"); WELLPATH, LLC F/K/A CORRECT CARE SOLUTIONS, LLC; SHAWN MAPLETON; MICHAEL POPOV; VIRGILIO PADILLA; FRANCIS BODDIE-SMALL; EBONYMICHELLE D. GARNER; DEE MORGAN, aka Vicky Morgan; REGINA ELIZONDO; DOCTOR BENET; DOCTOR STILL; JAMES TENNEY; NICOLE ASHLEY THOMSON; MICHELLE FERNANDEZ; LOVELLA A. PONGAN; ASHLEY NICOLE PHILLIPS ("Wellpath Defendants"), by and through their counsel of record, that the discovery deadlines established by parties' second request for extension be extended for a period of ninety (90) business days. This is the parties' third request for an extension of the discovery deadlines.

. . .

2

## I.     DISCOVERY COMPLETED TO DATE

On June 11, 2021, the Court approved the Discovery Plan in this matter. Dkt. 44. According to the Discovery Plan, the original discovery cut-off was January 24, 2022. The original deadline for expert disclosures was November 26, 2021, and the original deadline for rebuttal expert disclosures was December 27, 2022. On December 8, 2021, the Court approved parties' Stipulation and Order to Extend Discovery Deadlines by 90 days.

Between June 17 and June 29, 2021, the parties exchanged initial disclosures. On January 7, 2022, Wellpath Defendants served their First Supplement to their Initial disclosure.

Between September 14 and September 20, 2021, Plaintiffs served two sets of requests for production on the City and Wellpath Defendants. During this time, Plaintiffs also served one set of requests for admissions and nine sets of interrogatories.

On October 26, 2021, the Court approved the parties' stipulation to the filing of the First Amended Complaint, adding and dismissing defendants, and amending the case caption. Dkt. 55. Counsel for the City and Wellpath Defendants have agreed to answer and execute waivers of service on behalf of newly added defendants. Doctor James Tenney, Ashley Nicole Phillips, Nicole A Thomson, Michelle Fernandez, and Lovella A. Pongan are now represented by counsel for Wellpath Defendants. Defendant Doctor Still is now represented by counsel of Lauria Toknaga Gates & Linn, LLP. To date, there has been no acceptance or proof of service to Doctor Bennet.

On January 6, 2022, Wellpath Defendants answered written discovery. On February 10, 2022, a meet and confer between Plaintiff's counsel and Wellpath Defendant's counsel took place. On February 17, 2022, the Court approved parties' Second Stipulation and Order to Extend Discovery Deadlines by 90 days. On April 14, 2022, Wellpath Defendants served supplemental answers to Plaintiff's written discovery. On April 20, 2022, Wellpath Defendants served written discovery on Plaintiffs.

## II.    DISCOVERY YET TO BE COMPLETED

Plaintiffs and Defendants anticipate taking the depositions of the relevant parties and experts. Wellpath Defendants are currently awaiting answers to their written discovery served on Plaintiffs.

## III.   REASONS FOR INCOMPLETE DISCOVERY

3

The parties have been diligent in conducting discovery in this matter, which involves numerous parties and thousands of pages of discoverable material. Wellpath Defendants are currently awaiting answers to their written discovery, which may necessitate further discovery and impact the forthcoming depositions noticed by parties.

## IV. PROPOSED EXTENDED DEADLINES

The deadline for disclosure of experts and their reports will be extended to **August 23, 2022.**

The deadline for disclosure of rebuttal experts and their reports will be extended to **September 26, 2022.**

The discovery cut-off will be extended to **October 24, 2022.**

The dispositive motion deadline will be extended to **November 21, 2022.**

The pre-trial order deadline will be extended to **December 20, 2022.**

IT IS SO STIPULATED.

DATED this 26th day of April, 2022.

By: /s/ Shady Sirsy
Shady Sirsy
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
*Attorney for Wellpath Defendants*

By: /s/ John Curtas
John Curtas
495 South Main Street, 6th Floor
Las Vegas, NV 89101
*Attorney for City Defendants*

By: /s/ Paul Cardinale
Paul Cardinale
601 South Seventh Street
Las Vegas, NV 89101
*Attorney for Defendants Michael Popov and Still*

By: /s/ Peter Goldstein
Peter Goldstein
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
*Attorney for Plaintiffs*



**IT IS SO ORDERED.**

DATED this ___ day of _____ 2022.

_____
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| **From:** | Sirsy, Shady |
| **To:** | Brown, Heidi |
| **Subject:** | FW: [EXT] Re: Estate of Stephen Burrell v. Wellpath--Discovery Deadlines |
| **Date:** | Tuesday, April 26, 2022 3:10:34 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |

**Shady Sirsy**
**Attorney**
Las Vegas Rainbow
702.693.4311 or x7024311

**From:** John A. Curtas <jacurtas@LasVegasNevada.GOV>
**Sent:** Tuesday, April 26, 2022 9:55 AM
**To:** Sirsy, Shady <Shady.Sirsy@lewisbrisbois.com>
**Subject:** RE: [EXT] Re: Estate of Stephen Burrell v. Wellpath--Discovery Deadlines



All good.

# John A. Curtas

Deputy City Attorney
City Attorney's Office | Civil Division
**702-229-2125 (direct)** | **702-528-7454 (cell)**
495 South Main Street, Sixth Floor | Las Vegas, NV 89101

lasvegasnevada.gov

**From:** Sirsy, Shady <Shady.Sirsy@lewisbrisbois.com>
**Sent:** Monday, April 25, 2022 10:18 AM
**To:** John A. Curtas <jacurtas@LasVegasNevada.GOV>
**Cc:** Paul A. Cardinale <pcardinale@ltglaw.net>; Jordan, Erin <Erin.Jordan@lewisbrisbois.com>; San Juan, Maria <Maria.SanJuan@lewisbrisbois.com>; Brown, Heidi <Heidi.Brown@lewisbrisbois.com>; DeSario, Kimberly <Kimberly.DeSario@lewisbrisbois.com>; Kris Bechtold <pglawstaff@petergoldsteinlaw.com>; Peter Goldstein <peter@petergoldsteinlaw.com>; Vogel, Brent <Brent.Vogel@lewisbrisbois.com>
**Subject:** RE: [EXT] Re: Estate of Stephen Burrell v. Wellpath--Discovery Deadlines

> **CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

Thanks John.  Let me know if you have any proposed changes to this stipulation, or if it is okay for your signature.  Peter and Paul have already approved.

Shady



**Shady Sirsy**
Attorney
Shady.Sirsy@lewisbrisbois.com

**T: 702.693.4311  F: 702.366.9563**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** John A. Curtas <jacurtas@LasVegasNevada.GOV>
**Sent:** Monday, April 25, 2022 9:29 AM
**To:** Vogel, Brent <Brent.Vogel@lewisbrisbois.com>; Peter Goldstein <peter@petergoldsteinlaw.com>
**Cc:** Paul A. Cardinale <pcardinale@ltglaw.net>; Jordan, Erin <Erin.Jordan@lewisbrisbois.com>; San Juan, Maria <Maria.SanJuan@lewisbrisbois.com>; Brown, Heidi <Heidi.Brown@lewisbrisbois.com>; DeSario, Kimberly <Kimberly.DeSario@lewisbrisbois.com>; Kris Bechtold <pglawstaff@petergoldsteinlaw.com>; Sirsy, Shady <Shady.Sirsy@lewisbrisbois.com>
**Subject:** RE: [EXT] Re: Estate of Stephen Burrell v. Wellpath--Discovery Deadlines

Fine with me.

### John A. Curtas
Deputy City Attorney
City Attorney's Office | Civil Division
**702-229-2125 (direct)** | **702-528-7454 (cell)**
495 South Main Street, Sixth Floor | Las Vegas, NV 89101



lasvegasnevada.gov

**From:** Vogel, Brent <Brent.Vogel@lewisbrisbois.com>
**Sent:** Friday, April 22, 2022 2:09 PM
**To:** Peter Goldstein <peter@petergoldsteinlaw.com>
**Cc:** Paul A. Cardinale <pcardinale@ltglaw.net>; Jordan, Erin <Erin.Jordan@lewisbrisbois.com>; John A. Curtas <jacurtas@LasVegasNevada.GOV>; San Juan, Maria <Maria.SanJuan@lewisbrisbois.com>; Brown, Heidi <Heidi.Brown@lewisbrisbois.com>; DeSario, Kimberly <Kimberly.DeSario@lewisbrisbois.com>; Kris Bechtold <pglawstaff@petergoldsteinlaw.com>; Sirsy, Shady <Shady.Sirsy@lewisbrisbois.com>
**Subject:** Re: [EXT] Re: Estate of Stephen Burrell v. Wellpath--Discovery Deadlines

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

I agree.

Brent



**Brent Vogel** ABOTA
Partner
Brent.Vogel@lewisbrisbois.com

T: 702.693.4320  F: 702.893.3789

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

On Apr 22, 2022, at 2:07 PM, Peter Goldstein <peter@petergoldsteinlaw.com> wrote:

Yes, I agree. I see Brent's office filed the last one. If everyone else is on board let us know.
Peter

**PETER GOLDSTEIN LAW CORP**
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Tel: (702) 474-6400
Fax: (888) 400-8799
www.petergoldsteinlaw.com

400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799
www.petergoldsteinlaw.com

On Fri, Apr 22, 2022 at 1:55 PM Paul A. Cardinale <pcardinale@ltglaw.net> wrote:

Hey All:

I am reviewing the current scheduling order and noticing that expert disclosure is currently set for May 25 and discovery closes on July 25.  It seems like it would be a good idea to push those dates at least 90 days.  Is everyone on board with that?

Paul



**Paul A. Cardinale**
LAURIA TOKUNAGA GATES & LINN, LLP
1755 Creekside Oaks Drive, Suite 240
Sacramento, CA  95833
Tel: (916) 492-2000
Fax: (916) 492-2500
Email: pcardinale@ltglaw.net

Northern Nevada:  617 Fourteenth Green Drive, Incline Village, NV  89451
          Tel: (775) 833-2017  Fax: (775) 833-2037
Southern Nevada:  601 South Seventh Street, Las Vegas, NV  89101
          Tel: (702) 387-8633  Fax: (702) 387-8635

**CONFIDENTIALITY STATEMENT:** THIS E-MAIL AND ANY ATTACHMENTS ARE INTENDED SOLELY FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS (I) PROPRIETARY TO THE SENDER, AND/OR, (II) PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE STATE AND FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, PRIVACY STANDARDS IMPOSED PURSUANT TO THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"). IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT (916) 492-2000, AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.

**Brown, Heidi**

| | |
|---|---|
| **From:** | Peter Goldstein <peter@petergoldsteinlaw.com> |
| **Sent:** | Friday, April 22, 2022 4:42 PM |
| **To:** | Paul A. Cardinale |
| **Cc:** | Sirsy, Shady; Vogel, Brent; Jordan, Erin; John A. Curtas; San Juan, Maria; Brown, Heidi; DeSario, Kimberly; Kris Bechtold |
| **Subject:** | Re: [EXT] Re: Estate of Stephen Burrell v. Wellpath--Discovery Deadlines |

Same here,
Peter



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com



400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com


On Fri, Apr 22, 2022 at 3:47 PM Paul A. Cardinale <pcardinale@ltglaw.net> wrote:

> I approve the stip and order.  You can affix my signature.  Thanks for preparing Shady.

1



**Paul A. Cardinale**

LAURIA TOKUNAGA GATES & LINN, LLP

1755 Creekside Oaks Drive, Suite 240

Sacramento, CA  95833

Tel: (916) 492-2000

Fax: (916) 492-2500

Email: pcardinale@ltglaw.net


Northern Nevada:  617 Fourteenth Green Drive, Incline Village, NV  89451

   Tel: (775) 833-2017  Fax: (775) 833-2037

Southern Nevada:  601 South Seventh Street, Las Vegas, NV  89101

   Tel: (702) 387-8633  Fax: (702) 387-8635


**CONFIDENTIALITY STATEMENT**: THIS E-MAIL AND ANY ATTACHMENTS ARE INTENDED SOLELY FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS (I) PROPRIETARY TO THE SENDER, AND/OR, (II) PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE STATE AND FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, PRIVACY STANDARDS IMPOSED PURSUANT TO THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"). IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT (916) 492-2000, AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.


**From:** Sirsy, Shady <Shady.Sirsy@lewisbrisbois.com>
**Sent:** Friday, April 22, 2022 3:40 PM
**To:** Peter Goldstein <peter@petergoldsteinlaw.com>; Vogel, Brent <Brent.Vogel@lewisbrisbois.com>
**Cc:** Paul A. Cardinale <pcardinale@ltglaw.net>; Jordan, Erin <Erin.Jordan@lewisbrisbois.com>; John A. Curtas <jacurtas@lasvegasnevada.gov>; San Juan, Maria <Maria.SanJuan@lewisbrisbois.com>; Brown, Heidi <Heidi.Brown@lewisbrisbois.com>; DeSario, Kimberly <Kimberly.DeSario@lewisbrisbois.com>; Kris Bechtold <pglawstaff@petergoldsteinlaw.com>
**Subject:** RE: [EXT] Re: Estate of Stephen Burrell v. Wellpath--Discovery Deadlines


Draft attached.  Please redline any additions or revisions.  Thanks.


Shady



**Shady Sirsy**
**Attorney**
Shady.Sirsy@lewisbrisbois.com

**T: 702.693.4311  F: 702.366.9563**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Peter Goldstein <peter@petergoldsteinlaw.com>
**Sent:** Friday, April 22, 2022 2:11 PM
**To:** Vogel, Brent <Brent.Vogel@lewisbrisbois.com>
**Cc:** Paul A. Cardinale <pcardinale@ltglaw.net>; Jordan, Erin <Erin.Jordan@lewisbrisbois.com>; John A. Curtas <jacurtas@lasvegasnevada.gov>; San Juan, Maria <Maria.SanJuan@lewisbrisbois.com>; Brown, Heidi <Heidi.Brown@lewisbrisbois.com>; DeSario, Kimberly <Kimberly.DeSario@lewisbrisbois.com>; Kris Bechtold <pglawstaff@petergoldsteinlaw.com>; Sirsy, Shady <Shady.Sirsy@lewisbrisbois.com>
**Subject:** Re: [EXT] Re: Estate of Stephen Burrell v. Wellpath--Discovery Deadlines

Since your office did the last draft, want to circulate it in word so we can all make our inputs as needed.

**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com

400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com

On Fri, Apr 22, 2022 at 2:08 PM Vogel, Brent <Brent.Vogel@lewisbrisbois.com> wrote:

I agree.

Brent



**Brent Vogel**
**Partner**
**Brent.Vogel@lewisbrisbois.com**

T: 702.693.4320  F: 702.893.3789

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118  |  LewisBrisbois.com

Representing clients from coast to coast. View our locations nationwide.

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

On Apr 22, 2022, at 2:07 PM, Peter Goldstein <peter@petergoldsteinlaw.com> wrote:

Yes, I agree. I see Brent's office filed the last one. If everyone else is on board let us know.

Peter

4

**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com

400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com

On Fri, Apr 22, 2022 at 1:55 PM Paul A. Cardinale <pcardinale@ltglaw.net> wrote:

Hey All:

I am reviewing the current scheduling order and noticing that expert disclosure is currently set for May 25 and discovery closes on July 25. It seems like it would be a good idea to push those dates at least 90 days. Is everyone on board with that?

Paul

5

Case 2:21-cv-00372-CDS-DJA   Document 108   Filed 04/26/22   Page 15 of 15



**Paul A. Cardinale**

LAURIA TOKUNAGA GATES & LINN, LLP

1755 Creekside Oaks Drive, Suite 240

Sacramento, CA  95833

Tel: (916) 492-2000

Fax: (916) 492-2500

Email: pcardinale@ltglaw.net

Northern Nevada:  617 Fourteenth Green Drive, Incline Village, NV  89451

   Tel: (775) 833-2017  Fax: (775) 833-2037

Southern Nevada:  601 South Seventh Street, Las Vegas, NV  89101

   Tel: (702) 387-8633  Fax: (702) 387-8635

**CONFIDENTIALITY STATEMENT:** THIS E-MAIL AND ANY ATTACHMENTS ARE INTENDED SOLELY FOR THE NAMED RECIPIENT(S) AND MAY CONTAIN INFORMATION THAT IS (I) PROPRIETARY TO THE SENDER, AND/OR, (II) PRIVILEGED, CONFIDENTIAL, AND/OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER APPLICABLE STATE AND FEDERAL LAW, INCLUDING, BUT NOT LIMITED TO, PRIVACY STANDARDS IMPOSED PURSUANT TO THE FEDERAL HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"). IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR BY TELEPHONE AT (916) 492-2000, AND DESTROY THE ORIGINAL TRANSMISSION AND ITS ATTACHMENTS WITHOUT READING OR SAVING THEM TO DISK. THANK YOU.