S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
MELANIE L. THOMAS
Nevada Bar No. 12576
Melanie.Thomas@lewisbrisbois.com
ETHAN FEATHERSTONE
Nevada Bar No. 11566
Ethan.Featherstone@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants Wellpath, Ebony-
Michelle Garner, Shawn Mapleton, M.D., Regina
Elizondo, Francis Boddie-Small, Virgilio Padilla,
Vicky Morgan, James Tenney, M.D., Michelle
Fernandez, Ashley Nicole Phillips, Nicole A.
Thomson, and Lovella A. Pongan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIAN BLUE, individually, and as Special Administrator of the Estate of STEPHEN BURRELL; LISA L. CARROLL on behalf of her wards SMB, and SFB, individually,<br><br>            Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada; MICHELE FREEMAN, Former Chief of City of Las Vegas Department of Public Safety, in her official and individual capacities; ROBERT STRAUBE, Deputy Chief of Detention Services for City of Las Vegas Department of Public Safety, LIEUTENANT SHARON MEADS, LIEUTENANT CESAR LANDROVE, LIEUTENANT VENUS THOMPSON, LIEUTENANT DANIELLE DAVIS, in their official and individual capacities;  WELLPATH CARE, F/K/A CORRECT CARE SOLUTIONS, individually; OFFICER DORADO, individually; OFFICER D. CHAPARRO, individually; OFFICER M. WASHINGTON, | Case No.: 2:21-cv-00372-RFB-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>(Fourth Request) |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4871-7391-4410.1

1  individually; SGT M. PARKER, individually;
   SGT. C. SMITH, individually; SGT. WEDIG,
2  individually; SHAWN MAPLETON,
   individually; MICHAEL POPOV,
3  individually; FRANCES BODDIE-SMALL,
   individually; EBONYMICHELLE D.
4  GARNER, individually; PSYCH RN DEE,
   individually; REGINA ELIZONDO,
5  individually, and DOES 1-35, inclusive all of
   whom are sued in their individual capacities,
6

7          Defendants.

8

9          IT IS HEREBY STIPULATED AND AGREED BETWEEN PLAINTIFFS MARIAM

10  BLUE, INDIVIDUALLY, AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF

11  STEPHEN BURRELL; LISA L., CARROLL on behalf of her wards, SMB and SFB, individually

12  ("Plaintiffs") and Defendants CITY OF LAS VEGAS; LIEUTENANT DANIELLE DAVIS;

13  LIEUTENANT MATTHEW TRIPLETT; OFFICER RICHARD DORADO; OFFICER

14  D'ANGELO CHAPARRO-WILSON; OFFICER MAURICE WASHINGTON; SERGEANT

15  MARCOS PARKER; SERGEANT CHARLES SMITH; SERGEANT JOHN WEDIG;

16  SERGEANT J. SCHROYER; SERGEANT L. HOLMES; OFFICER A. ELIASON; OFFICER

17  TRAVIS RAZ; OFFICER DAMON MILLETT; SERGEANT BLEDSOE ("City Defendants");

18  WELLPATH, LLC F/K/A CORRECT CARE SOLUTIONS, LLC; SHAWN MAPLETON;

19  MICHAEL POPOV; VIRGILIO PADILLA; FRANCIS BODDIE-SMALL; EBONYMICHELLE

20  D. GARNER; DEE MORGAN, aka Vicky Morgan; REGINA ELIZONDO; DOCTOR STILL;

21  JAMES TENNEY; NICOLE ASHLEY THOMSON; MICHELLE FERNANDEZ; LOVELLA A.

22  PONGAN; ASHLEY NICOLE PHILLIPS ("Wellpath Defendants"), by and through their counsel

23  of record, that the discovery deadlines established by parties' third request for extension be extended

24  for a period of sixty (60) business days. This is the parties' fourth request for an extension of the

25  discovery deadlines.

26  . . .

27  . . .

28  . . .

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4871-7391-4410.1                                    2

## I.    DISCOVERY COMPLETED TO DATE

On June 11, 2021, the Court approved the Discovery Plan in this matter. Dkt. 44. According to the Discovery Plan, the original discovery cut-off was January 24, 2022.  The original deadline for expert disclosures was November 26, 2021, and the original deadline for rebuttal expert disclosures was December 27, 2022.  On December 8, 2021, the Court approved parties' Stipulation and Order to Extend Discovery Deadlines by 90 days.

Between June 17 and June 29, 2021, the parties exchanged initial disclosures.  On January 7, 2022, Wellpath Defendants served their First Supplement to their Initial disclosure.

Between September 14 and September 20, 2021, Plaintiffs served two sets of requests for production on the City and Wellpath Defendants. During this time, Plaintiffs also served one set of requests for admissions and nine sets of interrogatories.

On October 26, 2021, the Court approved the parties' stipulation to the filing of the First Amended Complaint, adding and dismissing defendants, and amending the case caption. Dkt. 55. Counsel for the City and Wellpath Defendants have agreed to answer and execute waivers of service on behalf of newly added defendants.  Doctor James Tenney, Ashley Nicole Phillips, Nicole A Thomson, Michelle Fernandez, and Lovella A. Pongan are now represented by counsel for Wellpath Defendants.  Defendant Doctor Still is now represented by counsel of Lauria Toknaga Gates & Linn, LLP.  To date, there has been no acceptance or proof of service to Doctor Bennet.

On January 6, 2022, Wellpath Defendants answered written discovery.  On February 10, 2022, a meet and confer between Plaintiff's counsel and Wellpath Defendant's counsel took place. On February 17, 2022, the Court approved parties' Second Stipulation and Order to Extend Discovery Deadlines by 90 days.  On April 14, 2022, Wellpath Defendants served supplemental answers to Plaintiff's written discovery.  On April 20, 2022, Wellpath Defendants served written discovery on Plaintiffs.

The parties currently have a mediation set up for October 5, 2022 with Honorable Trevor L. Atkin of Advanced Resolution Management. To avoid the potentially unnecessary costs of further motion practice, the parties hereby stipulate to extend discovery deadlines as follows:

. . .

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## II.    DISCOVERY YET TO BE COMPLETED

Plaintiffs and Defendants anticipate taking the depositions of the relevant parties and experts. Plaintiffs have served new discovery on Wellpath Defendants and are currently awaiting answers to their written discovery served on Plaintiffs.

## III.    REASONS FOR INCOMPLETE DISCOVERY

The parties have been diligent in conducting discovery in this matter, which involves numerous parties and thousands of pages of discoverable material.  Plaintiffs are currently awaiting answers to their written discovery, which may necessitate further discovery and impact the forthcoming depositions noticed by parties.  Counsel for all parties are working together to complete discovery in an efficient manner, but agree that all necessary discovery will not be completed by the current deadline for close of discovery.  Nevertheless, the parties need additional time to collect medical records and/or other documents, complete depositions, and entertain possible alternative dispute resolutions.

## IV.    PROPOSED EXTENDED DEADLINES

The deadline for disclosure of experts and their reports will be extended to **November 21, 2022.**

The deadline for disclosure of rebuttal experts and their reports will be extended to **December 21, 2022.**

The discovery cut-off will be extended to **January 23, 2023.**

The dispositive motion deadline will be extended to **February 22, 2023.**

The pre-trial order deadline will be extended to **March 24, 2023.**

IT IS SO STIPULATED.

DATED this 11th day of August, 2022.

By: /s/ Melanie L. Thomas
      Melanie L. Thomas
      6385 S. Rainbow Boulevard, Suite 600
      Las Vegas, NV 89118
      *Attorney for Wellpath Defendants*

. . .

. . .



. . .

By: /s/ John Curtas
     John Curtas
     495 South Main Street, 6th Floor
     Las Vegas, NV 89101
     *Attorney for City Defendants*

By: /s/ Paul Cardinale
     Paul Cardinale
     601 South Seventh Street
     Las Vegas, NV 89101
     *Attorney for Defendants Michael Popov and Still*

By: /s/ Peter Goldstein
     Peter Goldstein
     10161 Park Run Drive, Suite 150
     Las Vegas, NV 89145
     *Attorney for Plaintiffs*

**IT IS SO ORDERED.**

DATED this ___ day of _____ 2022.

_____

UNITED STATES MAGISTRATE JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 11th day of August, 2022, I electronically filed the foregoing **STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY DEADLINES (Fourth Request)** with the Clerk of Court for the United States District Court, and served the registered user participants in the case, by using the Court's CM/ECF system.

jcurtas@lasvegasnevada.gov

ccorwin@lasvegasnevada.gov

ckelly@lasvegasnevada.gov

jandrews@lasvegasnevada.gov

khansen@lasvegasnevada.gov

peter@petergoldsteinlaw.com

staff@petergoldsteinlaw.com

pglawstaff@petergoldsteinlaw.com

Paul.Cardinale@med-defenselaw.com

*/s/ Maria T. San Juan*
An employee of
Lewis Brisbois Bisgaard & Smith LLP

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| **From:** | Paul Cardinale |
| **To:** | San Juan, Maria; Peter Goldstein |
| **Cc:** | Jeffrey Galliher; CluAynne M Corwin; Cindy Kelly; Jeffrey D. Andrews; Kelli Hansen; staff@petergoldsteinlaw.com; pglawstaff@petergoldsteinlaw.com; Vogel, Brent; Thomas, Melanie; Featherstone, Ethan; DeSario, Kimberly; Brown, Heidi; Markarian, Jayme; Williams, Justin; John A. Curtas |
| **Subject:** | RE: [EXT] Re: Marian Blue, et al. v. City of Las Vegas, et al. (Burrell -LBBS no. 32951-274) - Stipulation and Proposed Order to Extend Discovery Deadlines (4th Request) |
| **Date:** | Thursday, August 11, 2022 9:55:24 AM |
| **Attachments:** | image008.png image009.png image010.png image012.png image013.png image014.png image015.png |

Yes I approve.  You may affix my signature.

**Paul A. Cardinale**
*ATTORNEY/PRESIDENT*

**MEDICAL DEFENSE LAW GROUP MD**

CALIFORNIA | NEVADA
**3800 Watt Ave. | Suite 245 | Sacramento, CA 95821**
**Office: 916-244-9116 | Direct: 916-244-9110**
**2965 South Jones Blvd. | Suite E1 | Las Vegas, NV 89146**
**Office: 702-342-8116**
Paul.Cardinale@med-defenselaw.com | LinkedIn
www.med-defenselaw.com

Part of  CARDINALE FAYARD  cardinalefayardlaw.com

This message may contain privileged or confidential information that is protected from disclosure.  If you are not the intended recipient of this message, you may not disseminate, distribute or copy it.  If you have received this message in error, please delete it and notify the sender immediately by reply email or by calling (916) 244-9110.

**From:** San Juan, Maria <Maria.SanJuan@lewisbrisbois.com>
**Sent:** Thursday, August 11, 2022 9:53 AM
**To:** Peter Goldstein <peter@petergoldsteinlaw.com>
**Cc:** Jeffrey Galliher <jgalliher@lasvegasnevada.gov>; CluAynne M Corwin <ccorwin@lasvegasnevada.gov>; Cindy Kelly <CKelly@lasvegasnevada.gov>; Jeffrey D. Andrews <jandrews@lasvegasnevada.gov>; Kelli Hansen <khansen@lasvegasnevada.gov>; staff@petergoldsteinlaw.com; pglawstaff@petergoldsteinlaw.com; Paul Cardinale <Paul.Cardinale@med-defenselaw.com>; Vogel, Brent <Brent.Vogel@lewisbrisbois.com>; Thomas, Melanie <Melanie.Thomas@lewisbrisbois.com>; Featherstone, Ethan <Ethan.Featherstone@lewisbrisbois.com>; DeSario, Kimberly <Kimberly.DeSario@lewisbrisbois.com>; Brown, Heidi <Heidi.Brown@lewisbrisbois.com>; Markarian, Jayme <Jayme.Markarian@lewisbrisbois.com>; Williams, Justin <Justin.Williams@lewisbrisbois.com>; John A. Curtas <jacurtas@lasvegasnevada.gov>
**Subject:** RE: [EXT] Re: Marian Blue, et al. v. City of Las Vegas, et al. (Burrell -LBBS no. 32951-274) - Stipulation and Proposed Order to Extend Discovery Deadlines (4th Request)

| | |
|---|---|
| **From:** | John A. Curtas |
| **To:** | San Juan, Maria; Paul Cardinale; Peter Goldstein |
| **Cc:** | CluAynne M Corwin; Cindy Kelly; Jeffrey D. Andrews; Kelli Hansen; staff@petergoldsteinlaw.com; pglawstaff@petergoldsteinlaw.com; Vogel, Brent; Thomas, Melanie; Featherstone, Ethan; DeSario, Kimberly; Brown, Heidi; Markarian, Jayme; Williams, Justin |
| **Subject:** | RE: [EXT] Re: Marian Blue, et al. v. City of Las Vegas, et al. (Burrell -LBBS no. 32951-274) - Stipulation and Proposed Order to Extend Discovery Deadlines (4th Request) |
| **Date:** | Thursday, August 11, 2022 10:35:40 AM |
| **Attachments:** | image010.png |
| | image011.png |
| | image012.png |
| | image013.png |
| | image014.png |
| | image015.png |
| | image016.png |
| | image017.png |
| | image020.png |
| | image021.png |
| | image022.png |
| | image023.png |

Yes you may affix my signature.

# John A. Curtas

Deputy City Attorney

City Attorney's Office | Civil Division
**702-229-2125 (direct) | 702-528-7454 (cell)**
495 South Main Street, Sixth Floor | Las Vegas, NV 89101



lasvegasnevada.gov

**From:** San Juan, Maria <Maria.SanJuan@lewisbrisbois.com>
**Sent:** Thursday, August 11, 2022 10:06 AM
**To:** Paul Cardinale <Paul.Cardinale@med-defenselaw.com>; Peter Goldstein
<peter@petergoldsteinlaw.com>; John A. Curtas <jacurtas@LasVegasNevada.GOV>
**Cc:** CluAynne M Corwin <ccorwin@LasVegasNevada.GOV>; Cindy Kelly
<CKelly@LasVegasNevada.GOV>; Jeffrey D. Andrews <jandrews@LasVegasNevada.GOV>; Kelli
Hansen <khansen@LasVegasNevada.GOV>; staff@petergoldsteinlaw.com;
pglawstaff@petergoldsteinlaw.com; Vogel, Brent <Brent.Vogel@lewisbrisbois.com>; Thomas,
Melanie <Melanie.Thomas@lewisbrisbois.com>; Featherstone, Ethan
<Ethan.Featherstone@lewisbrisbois.com>; DeSario, Kimberly
<Kimberly.DeSario@lewisbrisbois.com>; Brown, Heidi <Heidi.Brown@lewisbrisbois.com>;
Markarian, Jayme <Jayme.Markarian@lewisbrisbois.com>; Williams, Justin
<Justin.Williams@lewisbrisbois.com>
**Subject:** RE: [EXT] Re: Marian Blue, et al. v. City of Las Vegas, et al. (Burrell -LBBS no. 32951-274) -
Stipulation and Proposed Order to Extend Discovery Deadlines (4th Request)

| From: | Peter Goldstein |
|---|---|
| To: | San Juan, Maria |
| Cc: | Jeffrey Galliher; CluAynne M Corwin; Cindy Kelly; Jeffrey D. Andrews; Kelli Hansen; staff@petergoldsteinlaw.com; pglawstaff@petergoldsteinlaw.com; Paul.Cardinale@med-defenselaw.com; Vogel, Brent; Thomas, Melanie; Featherstone, Ethan; DeSario, Kimberly; Brown, Heidi; Markarian, Jayme; Williams, Justin; John A. Curtas |
| Subject: | [EXT] Re: Marian Blue, et al. v. City of Las Vegas, et al. (Burrell -LBBS no. 32951-274) - Stipulation and Proposed Order to Extend Discovery Deadlines (4th Request) |
| Date: | Thursday, August 11, 2022 9:47:19 AM |
| Attachments: | image008.png<br>image010.png<br>image011.png<br>image012.png<br>image013.png |

With those changes you have authority to affix my e signature and file.



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com

400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com

On Thu, Aug 11, 2022 at 9:40 AM San Juan, Maria <Maria.SanJuan@lewisbrisbois.com>
wrote:

> Will do.
>
>
> Sincerely,