S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
ETHAN M. FEATHERSTONE
Nevada Bar No. 11566
Ethan.Featherstone@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants Wellpath, Ebony-Michelle Garner, Shawn Mapleton, M.D., Regina Elizondo, Francis Boddie-Small, Virgilio Padilla, Vicky Morgan, James Tenney, M.D., Michelle Fernandez, Ashley Nicole Phillips, Nicole A. Thomson, and Lovella A. Pongan*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MARIAN BLUE, individually, and as Special Administrator of the Estate of STEPHEN BURRELL; LISA L. CARROLL on behalf of her wards SMB, and SFB, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada; MICHELE FREEMAN, Former Chief of City of Las Vegas Department of Public Safety, in her official and individual capacities; ROBERT STRAUBE, Deputy Chief of Detention Services for City of Las Vegas Department of Public Safety, LIEUTENANT SHARON MEADS, LIEUTENANT CESAR LANDROVE, LIEUTENANT VENUS THOMPSON, LIEUTENANT DANIELLE DAVIS, in their official and individual capacities;  WELLPATH CARE, F/K/A CORRECT CARE SOLUTIONS, individually; OFFICER DORADO, individually; OFFICER D. CHAPARRO, individually; OFFICER M. WASHINGTON, individually; SGT M. PARKER, individually; SGT. C. SMITH, individually; SGT. WEDIG, | Case No.: 2:21-cv-00372-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR SANCTIONS**<br><br>**(FIRST REQUEST)** |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4857-8257-0052.1

1  individually; SHAWN MAPLETON,
individually; MICHAEL POPOV,
2  individually; FRANCES BODDIE-SMALL,
individually; EBONYMICHELLE D.
3  GARNER, individually; PSYCH RN DEE,
individually; REGINA ELIZONDO,
4  individually, and DOES  1-35, inclusive all of
whom are sued in their individual capacities,
5
6                              Defendants.
7

8        IT IS HEREBY STIPULATED AND AGREED BETWEEN PLAINTIFFS MARIAM

9  BLUE, INDIVIDUALLY, AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF

10  STEPHEN BURRELL; LISA L., CARROLL on behalf of her wards, SMB and SFB, individually

11  ("Plaintiffs"); Defendants CITY OF LAS VEGAS; LIEUTENANT DANIELLE DAVIS;

12  LIEUTENANT MATTHEW TRIPLETT; OFFICER RICHARD DORADO; OFFICER

13  D'ANGELO CHAPARRO-WILSON; OFFICER MAURICE WASHINGTON; SERGEANT

14  MARCOS PARKER; SERGEANT CHARLES SMITH; SERGEANT JOHN WEDIG;

15  SERGEANT J. SCHROYER; SERGEANT L. HOLMES; OFFICER A. ELIASON; OFFICER

16  TRAVIS RAZ; OFFICER DAMON MILLETT; SERGEANT BLEDSOE ("City Defendants"); and

17  Defendants WELLPATH, LLC F/K/A CORRECT CARE SOLUTIONS, LLC; SHAWN

18  MAPLETON; MICHAEL POPOV; VIRGILIO PADILLA; FRANCIS BODDIE-SMALL;

19  EBONYMICHELLE D. GARNER; DEE MORGAN, aka Vicky Morgan; REGINA ELIZONDO;

20  DOCTOR STILL; JAMES TENNEY; NICOLE ASHLEY THOMSON; MICHELLE

21  FERNANDEZ; LOVELLA A. PONGAN; ASHLEY NICOLE PHILLIPS ("Wellpath

22  Defendants"), by and through their counsel of record, that the deadline for Wellpath Defendants to

23  respond to Plaintiffs' Motion for Sanctions be extended by six calendar days from the current

24  deadline of December 16, 2022. **The new deadline will be December 22, 2022.** Wellpath needs

25  additional time to prepare supporting stipulations to its motions since some staff are not available

26  due to the holidays.

27  ///

28  ///



4857-8257-0052.1                              2

**IT IS SO STIPULATED.**

DATED this 19th day of December, 2022.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _/s/ *Ethan M. Featherstone*_____
Ethan M. Featherstone, Esq.
Nevada Bar No. 11566
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
*Attorney for Wellpath Defendants*

DATED this 19th day of December, 2022.

By: __/s/ *John A. Curtas*_____
Bryan K. Scott, Esq.
City Attorney
Nevada Bar No. 4381
John A. Curtas, Esq.
Deputy City Attorney
Nevada Bar No. 1841
495 South Main Street, 6th Floor
Las Vegas, NV 89101
*Attorneys for Defendants*
*City of Las Vegas, Lieutenant Danielle Davis,*
*Officer Richard Dorado, Officer D'Angelo*
*Chapparo-Wilson, Officer Maurice*
*Washington, Sgt. Marcos Parker, Sgt. Charles*
*Smith and Sgt. John Wedig*

DATED this 19th day of December, 2022.

PETER GOLDSTEIN LAW CORP.

By:/s/ *Peter Goldstein*_____
Peter Goldstein, Esq.
Nevada Bar No. 6992
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
*Attorney for Plaintiffs*

DATED this 19th day of December, 2022.

MEDICAL DEFENSE LAW GROUP

By: _/s/ *Paul A. Cardinale*_____
Paul A. Cardinale, Esq.
Nevada Bar No. 8394
3800 Watt Avenue, Suite 245
Sacramento, California 95821
*Attorney for Defendants*
*Michael Popov, D.O. and Jonathan Still, M.D.*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  20th day of December, 2022.

4857-8257-0052.1

3

### CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of December, 2022, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR SANCTIONS (FIRST REQUEST)** with the Clerk of Court for the United States District Court, and served the registered user participants in the case, by using the Court's CM/ECF system.

Peter Goldstein, Esq.
PETER GOLDSTEIN LAW CORP.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Email:  peter@petergoldsteinlaw.com
*Attorney for Plaintiffs*

Bryan K. Scott, Esq.
City Attorney
Nevada Bar No. 4381
John A. Curtas, Esq.
Deputy City Attorney
Nevada Bar No. 1841
495 South Main Street, 6th Floor
Las Vegas, NV 89101
Email:  jacurtas@lasvegasnevada.gov
*Attorneys for Defendants*
*City of Las Vegas, Lieutenant Danielle Davis, Officer Richard Dorado, Officer D'Angelo Chapparo-Wilson, Officer Maurice Washington, Sgt. Marcos Parker, Sgt. Charles Smith and Sgt. John Wedig*

Paul A. Cardinale, Esq.
Nevada Bar No. 8394
3800 Watt Avenue, Suite 245
Sacramento, California 95821
Email:  paul.cardinale@med-defenselaw.com
*Attorney for Defendants*
*Michael Popov, D.O. and Jonathan Still, M.D*

/s/ Gaylene Kim-Mistrille
*An employee of*
Lewis Brisbois Bisgaard & Smith LLP

4857-8257-0052.1

4