S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
MELANIE L. THOMAS
Nevada Bar No. 12576
Melanie.Thomas@lewisbrisbois.com
ETHAN FEATHERSTONE
Nevada Bar No. 11566
Ethan.Featherstone@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants Wellpath, Ebony-Michelle Garner, Shawn Mapleton, M.D., Regina Elizondo, Francis Boddie-Small, Virgilio Padilla, Vicky Morgan, James Tenney, M.D., Michelle Fernandez, Ashley Nicole Phillips, Nicole A. Thomson, and Lovella A. Pongan*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIAN BLUE, individually, and as Special Administrator of the Estate of STEPHEN BURRELL; LISA L. CARROLL on behalf of her wards SMB, and SFB, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada; MICHELE FREEMAN, Former Chief of City of Las Vegas Department of Public Safety, in her official and individual capacities; ROBERT STRAUBE, Deputy Chief of Detention Services for City of Las Vegas Department of Public Safety, LIEUTENANT SHARON MEADS, LIEUTENANT CESAR LANDROVE, LIEUTENANT VENUS THOMPSON, LIEUTENANT DANIELLE DAVIS, in their official and individual capacities; WELLPATH CARE, F/K/A CORRECT CARE SOLUTIONS, individually; OFFICER DORADO, individually; OFFICER D. CHAPARRO, individually; OFFICER M. WASHINGTON, | Case No.: 2:21-cv-00372-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(Sixth Request)** |

4854-2641-5687.1

| | |
|---|---|
| 1 | individually; SGT M. PARKER, individually; SGT. C. SMITH, individually; SGT. WEDIG, individually; SHAWN MAPLETON, individually; MICHAEL POPOV, individually; FRANCES BODDIE-SMALL, individually; EBONYMICHELLE D. GARNER, individually; PSYCH RN DEE, individually; REGINA ELIZONDO, individually, and DOES 1-35, inclusive all of whom are sued in their individual capacities, |
| | Defendants. |

IT IS HEREBY STIPULATED AND AGREED BETWEEN PLAINTIFFS MARIAM BLUE, INDIVIDUALLY, AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF STEPHEN BURRELL; LISA L., CARROLL on behalf of her wards, SMB and SFB, individually ("Plaintiffs") and Defendants CITY OF LAS VEGAS; LIEUTENANT DANIELLE DAVIS; LIEUTENANT MATTHEW TRIPLETT; OFFICER RICHARD DORADO; OFFICER D'ANGELO CHAPARRO-WILSON; OFFICER MAURICE WASHINGTON; SERGEANT MARCOS PARKER; SERGEANT CHARLES SMITH; SERGEANT JOHN WEDIG; SERGEANT J. SCHROYER; SERGEANT L. HOLMES; OFFICER A. ELIASON; OFFICER TRAVIS RAZ; OFFICER DAMON MILLETT; SERGEANT BLEDSOE ("City Defendants"); WELLPATH, LLC F/K/A CORRECT CARE SOLUTIONS, LLC; SHAWN MAPLETON; MICHAEL POPOV; VIRGILIO PADILLA; FRANCIS BODDIE-SMALL; EBONYMICHELLE D. GARNER; DEE MORGAN, aka Vicky Morgan; REGINA ELIZONDO; DOCTOR STILL; JAMES TENNEY; NICOLE ASHLEY THOMSON; MICHELLE FERNANDEZ; LOVELLA A. PONGAN; ASHLEY NICOLE PHILLIPS ("Wellpath Defendants"), by and through their counsel of record, that the discovery deadlines established by parties' fourth request for extension be extended for a period of forty-five (45) business days. This is the parties' sixth request for an extension of the discovery deadlines.

. . .

. . .

. . .

4854-2641-5687.1                                    2

## I. DISCOVERY COMPLETED TO DATE

On June 11, 2021, the Court approved the Discovery Plan in this matter. Dkt. 44. According to the Discovery Plan, the original discovery cut-off was January 24, 2022. The original deadline for expert disclosures was November 26, 2021, and the original deadline for rebuttal expert disclosures was December 27, 2022. On December 8, 2021, the Court approved parties' Stipulation and Order to Extend Discovery Deadlines by 90 days.

Between June 17 and June 29, 2021, the parties exchanged initial disclosures. On January 7, 2022, Wellpath Defendants served their First Supplement to their Initial disclosure.

Between September 14 and September 20, 2021, Plaintiffs served two sets of requests for production on the City and Wellpath Defendants. During this time, Plaintiffs also served one set of requests for admissions and nine sets of interrogatories.

On October 26, 2021, the Court approved the parties' stipulation to the filing of the First Amended Complaint, adding and dismissing defendants, and amending the case caption. Dkt. 55. Counsel for the City and Wellpath Defendants have agreed to answer and execute waivers of service on behalf of newly added defendants. Doctor James Tenney, Ashley Nicole Phillips, Nicole A Thomson, Michelle Fernandez, and Lovella A. Pongan are now represented by counsel for Wellpath Defendants. Defendant Doctor Still is now represented by counsel of Lauria Toknaga Gates & Linn, LLP. To date, there has been no acceptance or proof of service to Doctor Bennet.

On January 6, 2022, Wellpath Defendants answered written discovery. On February 10, 2022, a meet and confer between Plaintiff's counsel and Wellpath Defendant's counsel took place. On February 17, 2022, the Court approved parties' Second Stipulation and Order to Extend Discovery Deadlines by 90 days. On April 14, 2022, Wellpath Defendants served supplemental answers to Plaintiff's written discovery. On April 20, 2022, Wellpath Defendants served written discovery on Plaintiffs.

On August 10, 2022, the City of Las Vegas Defendants filed served their Second Supplement to Initial Disclosure Statement and Witness List Pursuant to F.R.C.P. 26. Also on August 10, 2022, Defendant City of Las Vegas' Responses to Plaintiffs' Second Set of Requests for Production of Documents. Plaintiffs and Defendant Wellpath have been working to resolve production issues in

compliance with this Court's Order granting in part and denying in part Plaintiff's Motion to Compel.

The parties currently have a mediation set up for February 9, 2023 with Judge Peggy A. Leen of JAMS. The mediation was set for October 5, 2022 with Honorable Trevor L. Atkin of Advanced Resolution Management but had to be rescheduled.

**Since the Fifth STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE was drafted, progress in the case includes the following: On December 2, 2022, Plaintiffs filed a Motion for Rule 37 Sanctions against Defendant Wellpath, LLC and the Individual Wellpath Defendants. ECF # 139. This was followed by applicable briefing. Plaintiffs served a Notice of Deposition of Wellpath, LLC Pursuant to Fed. R. Civ. P. 30(b)(6) on December 13, 2022. On December 20, 2022, Wellpath served a Second Supplemental Responses to Plaintiffs' First Set of Requests for Production of Documents. On December 21, Wellpath served a Notice of taking the deposition of Plaintiff Mariam Blue. Wellpath filed an Emergency Motion for Protective Order regarding the 30(b)(6) deposition notice on December 22, 2022. ECF # 143. The parties are currently working to schedule the depositions of eleven named individual Wellpath Defendants.**

To avoid the potentially unnecessary costs of further motion practice, the parties hereby stipulate to extend discovery deadlines as follows:

**II.    DISCOVERY YET TO BE COMPLETED**

Plaintiffs and Defendants anticipate taking the depositions of the relevant parties and experts. **Plaintiffs and Defendant Wellpath need to finalize and resolve all remaining production issues**.

**III.    REASONS FOR INCOMPLETE DISCOVERY**

The parties have been diligent in conducting discovery in this matter, which involves numerous parties and thousands of pages of discoverable material.  Plaintiffs are currently awaiting answers to their written discovery, which may necessitate further discovery and impact the forthcoming depositions noticed by parties.  Counsel for all parties are working together to complete discovery in an efficient manner, but agree that all necessary discovery will not be completed by the current deadline for close of discovery.  Nevertheless, the parties need additional time to collect

medical records and/or other documents, complete depositions, and entertain possible alternative dispute resolutions.

### IV. PROPOSED EXTENDED DEADLINES

The deadline for disclosure of experts and their reports will be extended from January 20, 2023 **to March 9, 2023**.

The deadline for disclosure of rebuttal experts and their reports will be extended from February 21, 2023 **to April 10, 2023**.

The discovery cut-off will be extended from March 23, 2023 **to May 8, 2023**.

The dispositive motion deadline will be extended from April 24, 2023 **to June 7, 2023**.

The pre-trial order deadline will be extended from May 24, 2023 **to July 7, 2023**.

IT IS SO STIPULATED.

DATED this 3rd day of January, 2023.

By: /s/ Ethan Featherstone
Ethan Featherstone
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
*Attorney for Wellpath Defendants*

By: /s/ John Curtas
John Curtas
495 South Main Street, 6th Floor
Las Vegas, NV 89101
*Attorney for City Defendants*

By: /s/ Paul Cardinale
Paul Cardinale
601 South Seventh Street
Las Vegas, NV 89101
*Attorney for Defendants Michael Popov and Still*

///

///

///

///

By: /s/ Peter Goldstein
    Peter Goldstein
    10161 Park Run Drive, Suite 150
    Las Vegas, NV 89145
    *Attorney for Plaintiffs*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this ___ day of _____, 2023

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2023, I electronically filed the foregoing **STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY DEADLINES (Sixth Request)** with the Clerk of Court for the United States District Court, and served the registered user participants in the case, by using the Court's CM/ECF system.

Peter Goldstein, Esq.
PETER GOLDSTEIN LAW CORP.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Email: peter@petergoldsteinlaw.com
*Attorney for Plaintiffs*

Bryan K. Scott, Esq.
City Attorney
Nevada Bar No. 4381
John A. Curtas, Esq.
Deputy City Attorney
Nevada Bar No. 1841
495 South Main Street, 6th Floor
Las Vegas, NV 89101
Email: jacurtas@lasvegasnevada.gov
Email: ckelly@lasvegasnevada.gov
*Attorneys for Defendants*
*City of Las Vegas, Lieutenant Danielle Davis, Officer Richard Dorado, Officer D'Angelo Chapparo-Wilson, Officer Maurice Washington, Sgt. Marcos Parker, Sgt. Charles Smith and Sgt. John Wedig*

Paul A. Cardinale, Esq.
Nevada Bar No. 8394
3800 Watt Avenue, Suite 245
Sacramento, California 95821
Email: paul.cardinale@med-defenselaw.com
*Attorney for Defendants*
*Michael Popov, D.O. and Jonathan Still, M.D*

                /s/   Gaylene Kim-Mistrille
                An employee of
                Lewis Brisbois Bisgaard & Smith LLP