S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
ETHAN FEATHERSTONE
Nevada Bar No. 11566
Ethan.Featherstone@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants Wellpath, Ebony-Michelle Garner, Shawn Mapleton, M.D., Regina Elizondo, Francis Boddie-Small, Virgilio Padilla, Vicky Morgan, James Tenney, M.D., Michelle Fernandez, Ashley Nicole Phillips, Nicole A. Thomson, and Lovella A. Pongan*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIAN BLUE, individually, and as Special Administrator of the Estate of STEPHEN BURRELL; LISA L. CARROLL on behalf of her wards SMB, and SFB, individually, <br><br> Plaintiffs, <br> vs. <br><br> CITY OF LAS VEGAS, a political subdivision of the State of Nevada; MICHELE FREEMAN, Former Chief of City of Las Vegas Department of Public Safety, in her official and individual capacities; ROBERT STRAUBE, Deputy Chief of Detention Services for City of Las Vegas Department of Public Safety, LIEUTENANT SHARON MEADS, LIEUTENANT CESAR LANDROVE, LIEUTENANT VENUS THOMPSON, LIEUTENANT DANIELLE DAVIS, in their official and individual capacities;  WELLPATH CARE, F/K/A CORRECT CARE SOLUTIONS, individually; OFFICER DORADO, individually; OFFICER D. CHAPARRO, individually; OFFICER M. WASHINGTON, individually; SGT M. PARKER, individually; SGT. C. SMITH, individually; SGT. WEDIG, | Case No.: 2:21-cv-00372-RFB-DJA <br><br><br> **STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING FINALIZATION OF SETTLEMENT MATTERS** |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

80137165.2

1  individually; SHAWN MAPLETON,
   individually; MICHAEL POPOV,
2  individually; FRANCES BODDIE-SMALL,
   individually; EBONYMICHELLE D.
3  GARNER, individually; PSYCH RN DEE,
   individually; REGINA ELIZONDO,
4  individually, and DOES  1-35, inclusive all of
   whom are sued in their individual capacities,
5

6                     Defendants.

7

8         On February 9, 2023, the parties and their counsel of record attended mediation in good faith

9  with Hon. Peggy Leen (Ret.) with JAMS, in Las Vegas, Nevada, and they have settled all claims in

10 their entirety. A Mediation Settlement Agreement has been signed by the counsel for all parties. The

11 Defendants are to be dismissed with prejudice; however, there remains actions outstanding prior to

12 the completion of dismissal.

13

14        Prior to Dismissal, comprehensive Release and Settlement Agreements must be signed,

15 settlement must be approved by the Las Vegas City Council, and this Court pursuant to a Petition

16 to Compromise Minor's Claims. The Release and Settlement Agreements will set forth the terms of

17 settlement in more detail within 21 days of confirmation of the amount of any liens, receipt of payee

18 information and approval of the Las Vegas City Council and of this Court. The Stipulation and

19 Order for Dismissal will be signed with the exchange of the respective Release and Settlement

20 Agreements.

21

22        **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that

23 Plaintiffs

24 MARIAM BLUE, individually, and as Special Administrator of the Estate of STEPHEN

25 BURRELL; LISA L., CARROLL on behalf of her wards, SMB and SFB, individually ("Plaintiffs")

26 and Defendants CITY OF LAS VEGAS; LIEUTENANT DANIELLE DAVIS; LIEUTENANT

27 MATTHEW TRIPLETT; OFFICER RICHARD DORADO; OFFICER D'ANGELO CHAPARRO-

28

**LEWIS**
**BRISBOIS**
**BISGAARD**
**& SMITH LLP**
ATTORNEYS AT LAW

80137165.2                                    2

WILSON; OFFICER MAURICE WASHINGTON; SERGEANT MARCOS PARKER; SERGEANT CHARLES SMITH; SERGEANT JOHN WEDIG; SERGEANT J. SCHROYER; SERGEANT L. HOLMES; OFFICER A. ELIASON; OFFICER TRAVIS RAZ; OFFICER DAMON MILLETT; SERGEANT BLEDSOE (collectively "City Defendants"); WELLPATH, LLC F/K/A CORRECT CARE SOLUTIONS, LLC; SHAWN MAPLETON; VIRGILIO PADILLA; FRANCIS BODDIE-SMALL; EBONYMICHELLE D. GARNER; DEE MORGAN, aka Vicky Morgan; REGINA ELIZONDO; JAMES TENNEY; NICOLE ASHLEY THOMSON; MICHELLE FERNANDEZ; LOVELLA A. PONGAN; ASHLEY NICOLE PHILLIPS (collectively "Wellpath Defendants"); MICHAEL POPOV; and DOCTOR STILL that, unless this Court orders otherwise, or a party moves to set aside this Order along with a proposed schedule for remaining case deadlines, **the following will be stayed indefinitely**:

1. All deadlines, including for expert disclosure and discovery, which are currently set as:

| Initial Expert Disclosure | March 9, 2023 |
|---|---|
| Rebuttal Expert Disclosure | April 10, 2023 |
| Discovery deadline | May 8, 2023 |
| Dispositive Motion deadline | June 7, 2023 |
| Pre-Trial Order Deadline | July 7, 2023 |

2. All motions pending before this Court and any respective rulings, including Plaintiffs' Motion for Sanctions for Rule 37 Sanctions Against Defendant Wellpath, LLC and the Individual Wellpath Defendants (ECF No. 139), and the Emergency Motion for Protective Order (ECF No. 143);

///
///
///
///
///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    3.    All discovery Notices and Requests, including Notices for Depositions and written discovery

2    responses, will be stayed.

3

4    IT IS SO STIPULATED.

5

6    DATED this 22nd day of February, 2023.

7    By: /s/ S. Brent Vogel
          S. Brent Vogel
8          6385 S. Rainbow Boulevard, Suite 600
          Las Vegas, NV 89118
9          *Attorney for Wellpath Defendants*

10

11    By: /s/ John Curtas
          John Curtas
12          495 South Main Street, 6th Floor
          Las Vegas, NV 89101
13          *Attorney for City Defendants*

14

15    By: /s/ Paul Cardinale
          Paul Cardinale
15          2965 South Jones Blvd
          Suite E1
16          Las Vegas, NV 89146
17          *Attorney for Defendants Michael Popov and Still*

18

19    By: /s/ Peter Goldstein
          Peter Goldstein
20          10161 Park Run Drive, Suite 150
          Las Vegas, NV 89145
21          *Attorney for Plaintiffs*

22                                    **IT IS SO ORDERED.**

23

24

25    _____
      UNITED STATES MAGISTRATE JUDGE

26

27    DATED this ___ day of _____, 2023

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2023, I electronically filed the foregoing **STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING FINALIZATION OF SETTLEMENT MATTERS** with the Clerk of Court for the United States District Court, and served the registered user participants in the case, by using the Court's CM/ECF system.

Peter Goldstein, Esq.
PETER GOLDSTEIN LAW CORP.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Email:  peter@petergoldsteinlaw.com
*Attorney for Plaintiffs*

Bryan K. Scott, Esq.
City Attorney
John A. Curtas, Esq.
Deputy City Attorney
Nevada Bar No. 1841
495 South Main Street, 6th Floor
Las Vegas, NV 89101
Email:  jacurtas@lasvegasnevada.gov
Email:  ckelly@lasvegasnevada.gov
*Attorneys for Defendants*
*City of Las Vegas, Lieutenant Danielle Davis, Officer Richard Dorado, Officer D'Angelo Chapparo-Wilson, Officer Maurice Washington, Sgt. Marcos Parker, Sgt. Charles Smith and Sgt. John Wedig*

Paul A. Cardinale, Esq.
2965 South Jones Blvd
Suite E1
Las Vegas, NV 89146
Email:  paul.cardinale@med-defenselaw.com
*Attorney for Defendants*
*Michael Popov, D.O. and Jonathan Still, M.D*

/s/Gaylene Kim-Mistrille
An employee of
Lewis Brisbois Bisgaard & Smith LLP