# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Marian Blue, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>City of Las Vegas, et al.,<br><br>            Defendants. | Case No. 2:21-cv-00372-RFB-DJA<br><br>**Order** |

       Before the Court is the parties' stipulation to stay proceedings pending the finalization of their settlement. (ECF No. 154). The parties explain that they reached a settlement at a mediation and have a few items to complete before they can finalize dismissing the instant action. (*Id.*). As a result, they ask that the Court stay discovery deadlines and all rulings on any pending motions indefinitely. (*Id.*). The Court grants in part and denies in part the parties' stipulation.

       The Court grants the parties' request that it stay discovery. The Court finds a stay of discovery appropriate under the good cause analysis in *Scharder v. Wynn*, No. 2:19-cv-02159-JCM-BNW, 2021 WL 4810324, at *4 (D. Nev. Oct. 14, 2021) and Federal Rule of Civil Procedure 1. However, the Court will not grant the parties' request for an indefinite stay. It will instead require the parties to either file their settlement documents by April 24, 2023 or file a status report with the Court regarding the settlement process.

       The Court denies the parties' request to stay rulings on motions. The Court is aware of the parties' potential settlement and will manage the pending motions accordingly. Given the parties' pending settlement, the Court also vacates the hearing set for March 28, 2023.

///

///

///

**IT IS THEREFORE ORDERED** that the parties' stipulation (ECF No. 154) is **granted in part and denied in part.** Discovery is stayed. The parties shall file their settlement documents or a status report regarding settlement on or before **April 24, 2023.** The Court denies the parties' request to stay its rulings on motions.

**IT IS FURTHER ORDERED** that the hearing set for March 28, 2023 is **vacated.**

DATED: February 23, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE