Paul A. Cardinale SBN 8394
MEDICAL DEFENSE LAW GROUP
3800 Watt Avenue, Suite 245
Sacramento, CA 95821
Telephone: (916) 244-9116
Facsimile: (916) 244-9130
Email: paul.cardinale@med-defenselaw.com

*Southern Nevada Office:*
2460 Professional Court, Suite 110
Las Vegas, NV 89128
Tel: (702) 342-8116

Attorney for Defendants MICHAEL POPOV, D.O. and JONATHAN STILL, M.D.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIAM BLUE, individually, and as Special Administrator of the Estate of STEPHEN BURRELL; LISA L. CARROLL on behalf of her wards SMB, and SFB, individually,<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada; MICHELE FREEMAN, Former Chief of City of Las Vegas Department of Public Safety in her official and individual capacities, ROBERT STRAUBE, Deputy Chief of Detention Services for City of Las Vegas Department of Public Safety, LIEUTENANT SHARON MEADS, LIEUTENANT CESAR LANDROVE, LIEUTENANT VENUS THOMPSON, LIEUTENANT DANIELLE DAVIS, in their official and individual capacities, WELLPATH CARE, F/K/A CORRECT CARE SOLUTIONS, individually; OFFICER DORADO, individually; OFFICER D. CHAPARRO, individually; OFFICER M. WASHINGTON, individually; SGT M. PARKER, individually; SGT. C. SMITH, individually; SGT. WEDIG, individually; SHAWN MAPLETON, individually; | CASE NO.: 2:21-cv-00372-CDS-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS MICHAEL POPOV, D.O. AND JONATHAN STILL, M.D.** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | MICHAEL POPOV, individually; VIRGILIO PADILLA, individually; FRANCES BODDIE-SMALL, individually, EBONYMICHELLE D. GARNER, individually; PSYCH RN DEE, individually; REGINA ELIZONDO, individually, and DOES 1-35 inclusive all of whom are sued in their individual capacities.<br><br>                    Defendants |

**IT IS HEREBY STIPULATED** between Defendants MICHAEL POPOV, D.O. and JONATHAN STILL, M.D., by and through their attorney of record, Paul A. Cardinale of the law firm Medical Defense Law Group and Plaintiffs MARIAM BLUE, individually, and as Special Administrator of the Estate of STEPHEN BURRELL; LISA L. CARROLL on behalf of her wards SMB, and SFB, individually by and through their attorney of record, Peter Goldstein of the Peter Goldstein Law Corp., that Defendants MICHAEL POPOV, D.O. and JONATHAN STILL, M.D. may be dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated: September 22, 2023          **PETER GOLSTEIN LAW CORP.**

                                                 /s/ Peter Goldstein
                                   By: _____
                                       Peter Goldstein, Esq.
                                       Attorney for Plaintiffs MARIAM BLUE,
                                       individually, and as Special Administrator of the
                                       Estate of STEPHEN BURRELL; LISA L.
                                       CARROLL on behalf of her wards SMB, and SFB

DATED: September 22, 2023          **MEDICAL DEFENSE LAW GROUP.**

                                                 /s/ Paul A. Cardinale
                                   By: _____
                                       Paul A. Cardinale, Esq.
                                       Attorney for Defendants MICHAEL POPOV, D.O.
                                       and JONATHAN STILL, M.D.

///

///

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based on the foregoing stipulation, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that defendants MICHAEL POPOV, D.O. and JONATHAN STILL, M.D. are dismissed from this action with prejudice, each party to bear their own costs and attorneys' fees.

DATED: __December 13, 2023__

_____
UNITED STATES DISTRICT JUDGE