S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
ETHAN FEATHERSTONE
Nevada Bar No. 11566
Ethan.Featherstone@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants Wellpath, Ebony-Michelle Garner, Shawn Mapleton, M.D., Regina Elizondo, Francis Boddie-Small, Virgilio Padilla, Vicky Morgan, James Tenney, M.D., Michelle Fernandez, Ashley Nicole Phillips, Nicole A. Thomson, and Lovella A. Pongan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIAN BLUE, individually, and as Special Administrator of the Estate of STEPHEN BURRELL; LISA L. CARROLL on behalf of her wards SMB, and SFB, individually,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada; MICHELE FREEMAN, Former Chief of City of Las Vegas Department of Public Safety, in her official and individual capacities; ROBERT STRAUBE, Deputy Chief of Detention Services for City of Las Vegas Department of Public Safety, LIEUTENANT SHARON MEADS, LIEUTENANT CESAR LANDROVE, LIEUTENANT VENUS THOMPSON, LIEUTENANT DANIELLE DAVIS, in their official and individual capacities;  WELLPATH CARE, F/K/A CORRECT CARE SOLUTIONS, individually; OFFICER DORADO, individually; OFFICER D. CHAPARRO, individually; OFFICER M. WASHINGTON, individually; SGT M. PARKER, individually; SGT. C. SMITH, individually; SGT. WEDIG, | Case No.: 2:21-cv-00372-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

138079781.1

individually; SHAWN MAPLETON, individually; MICHAEL POPOV, individually; FRANCES BODDIE-SMALL, individually; EBONYMICHELLE D. GARNER, individually; PSYCH RN DEE, individually; REGINA ELIZONDO, individually, and DOES 1-35, inclusive all of whom are sued in their individual capacities,

Defendants.

IT IS HEREBY STIPULATED, by and between all Plaintiffs and all Defendants, through their respective counsel, that this action shall be dismissed in its entirety, with prejudice, with each party to bear their own costs and attorney's fees.

**IT IS SO STIPULATED.**

| DATED this 22nd day of March, 2024.<br><br>By: */s/ Ethan Featherstone*<br>Ethan Featherstone<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, NV 89118<br>*Attorney for Wellpath Defendants* | DATED this 26th day of March, 2024.<br><br>By: /s/ John Curtas<br>John Curtas<br>495 South Main Street, 6th Floor<br>Las Vegas, NV 89101<br>*Attorney for City Defendants* |
|---|---|
|  | DATED this 22nd day of March, 2024.<br><br>By: /s/ Peter Goldstein<br>Peter Goldstein<br>10161 Park Run Drive, Suite 150<br>Las Vegas, NV 89145<br>*Attorney for Plaintiffs* |



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

138079781.1

2

**<u>ORDER</u>**

IT IS SO ORDERED

_____
United States Magistrate Judge

Dated this \_\_\_\_\_ day of March, 2024.

**Archived:** Tuesday, March 26, 2024 12:15:37 PM
**To:** Peter Goldstein  Featherstone, Ethan  PGLaw Goldstein
**Cc:** jacurtas@lasvegasnevada.gov
**Subject:** RE: [EXT] Re: Marian Blue vs. City of Las Vegas - Case No. 2:21-cv-00372-RFB-DJA (Our File No. 32951.274)
**Importance:** Normal
**Sensitivity:** None

---

**From:** Peter Goldstein <peter@petergoldsteinlaw.com>
**Sent:** Friday, March 22, 2024 11:13 AM
**To:** Featherstone, Ethan <Ethan.Featherstone@lewisbrisbois.com>; PGLaw Goldstein <pglawstaff@petergoldsteinlaw.com>
**Cc:** Murillo, Irma <Irma.Murillo@lewisbrisbois.com>; jacurtas@lasvegasnevada.gov
**Subject:** Re: [EXT] Re: Marian Blue vs. City of Las Vegas - Case No. 2:21-cv-00372-RFB-DJA (Our File No. 32951.274)


You have my permission to affix my e-signature and file the SAO to dismiss w/prejudice.

Peter


**PETER GOLDSTEIN LAW CORP**
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Tel: (702) 474-6400
Fax: (888) 400-8799
www.petergoldsteinlaw.com

400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799
www.petergoldsteinlaw.com

**Archived:** Tuesday, March 26, 2024 12:15:44 PM
**To:** John A. Curtas  Featherstone, Ethan  Peter Goldstein  PGLaw Goldstein
**Cc:** Cindy Kelly
**Subject:** RE: [EXT] Re: Marian Blue vs. City of Las Vegas - Case No. 2:21-cv-00372-RFB-DJA (Our File No. 32951.274)
**Importance:** Normal
**Sensitivity:** None

---

**From:** John A. Curtas <jacurtas@LasVegasNevada.GOV>
**Sent:** Tuesday, March 26, 2024 11:46 AM
**To:** Featherstone, Ethan <Ethan.Featherstone@lewisbrisbois.com>; Peter Goldstein <peter@petergoldsteinlaw.com>; PGLaw Goldstein <pglawstaff@petergoldsteinlaw.com>
**Cc:** Murillo, Irma <Irma.Murillo@lewisbrisbois.com>; Cindy Kelly <CKelly@LasVegasNevada.GOV>
**Subject:** RE: [EXT] Re: Marian Blue vs. City of Las Vegas - Case No. 2:21-cv-00372-RFB-DJA (Our File No. 32951.274)

Yes. Thx.

John A. Curtas
Deputy City Attorney
City of Las Vegas
495 S. Main Street
Las Vegas, Nevada 89101
Direct: 702-229-2125
Cell: 702-528-7454
JACURTAS@LASVEGASNEVADA.GOV

---

**From:** Featherstone, Ethan <Ethan.Featherstone@lewisbrisbois.com>
**Sent:** Tuesday, March 26, 2024 11:34 AM
**To:** Peter Goldstein <peter@petergoldsteinlaw.com>; PGLaw Goldstein <pglawstaff@petergoldsteinlaw.com>
**Cc:** Murillo, Irma <Irma.Murillo@lewisbrisbois.com>; John A. Curtas <jacurtas@LasVegasNevada.GOV>
**Subject:** RE: [EXT] Re: Marian Blue vs. City of Las Vegas - Case No. 2:21-cv-00372-RFB-DJA (Our File No. 32951.274)

**CAUTION**: This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your City of Las Vegas account credentials.**

John,

May we affix your signature to the stip to dismiss?



**Ethan M. Featherstone** (He/Him/His)
**Partner**
Ethan.Featherstone@lewisbrisbois.com

**T:** 702.693.4346 **F:** 702.366.9563

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule Certified 2022-2023 Powered by DIVERSITYLAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.