1  S. BRENT VOGEL
   Nevada Bar No. 6858
2  Brent.Vogel@lewisbrisbois.com
   ETHAN FEATHERSTONE
3  Nevada Bar No. 11566
   Ethan.Featherstone@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   TEL: 702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendants Wellpath, Ebony-*
7  *Michelle Garner, Shawn Mapleton, M.D., Regina*
   *Elizondo, Francis Boddie-Small, Virgilio Padilla,*
8  *Vicky Morgan, James Tenney, M.D., Michelle*
   *Fernandez, Ashley Nicole Phillips, Nicole A.*
9  *Thomson, and Lovella A. Pongan*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIAN BLUE, individually, and as Special Administrator of the Estate of STEPHEN BURRELL; LISA L. CARROLL on behalf of her wards SMB, and SFB, individually,<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada; MICHELE FREEMAN, Former Chief of City of Las Vegas Department of Public Safety, in her official and individual capacities; ROBERT STRAUBE, Deputy Chief of Detention Services for City of Las Vegas Department of Public Safety, LIEUTENANT SHARON MEADS, LIEUTENANT CESAR LANDROVE, LIEUTENANT VENUS THOMPSON, LIEUTENANT DANIELLE DAVIS, in their official and individual capacities;  WELLPATH CARE, F/K/A CORRECT CARE SOLUTIONS, individually; OFFICER DORADO, individually; OFFICER D. CHAPARRO, individually; OFFICER M. WASHINGTON, individually; SGT M. PARKER, individually; SGT. C. SMITH, individually; SGT. WEDIG, | CDS<br>Case No.: 2:21-cv-00372-~~RFB~~-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

138079781.1

individually; SHAWN MAPLETON, individually; MICHAEL POPOV, individually; FRANCES BODDIE-SMALL, individually; EBONYMICHELLE D. GARNER, individually; PSYCH RN DEE, individually; REGINA ELIZONDO, individually, and DOES 1-35, inclusive all of whom are sued in their individual capacities,

Defendants

IT IS HEREBY STIPULATED, by and between all Plaintiffs and all Defendants, through their respective counsel, that this action shall be dismissed in its entirety, with prejudice, with each party to bear their own costs and attorney's fees.

**IT IS SO STIPULATED.**

DATED this 22nd day of March, 2024.

By: /s/ Ethan Featherstone
Ethan Featherstone
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
*Attorney for Wellpath Defendants*

DATED this 26th day of March, 2024.

By: /s/ John Curtas
John Curtas
495 South Main Street, 6th Floor
Las Vegas, NV 89101
*Attorney for City Defendants*

DATED this 22nd day of March, 2024.

By: /s/ Peter Goldstein
Peter Goldstein
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
*Attorney for Plaintiffs*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Cristina D. Silva
United States District Judge

Dated: March 28, 2024

138079781.1

2